IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case Number: 07-CV-1205 ) |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE REFERENCE LIST UNDER SEAL
AND FOR ORDER REGARDING ANSWERS AND FUTURE PLEADINGS**

NOW COMES the Plaintiff, JANE DOE, Individually, and as Mother and Next Friend of JOHN DOE, a Minor, by her counsel, KATRINA TARASKA and M. MICHAEL WATERS of VONACHEN, LAWLESS, TRAGER & SLEVIN, and moves for leave to file a Reference List under seal. Plaintiff further moves for entry of an Order providing direction to Defendants in filing their Answers and future pleadings. In support thereof, Plaintiff says:

1.     This case involves several minors. It alleges that a minor was sexually harassed at school by other minors.

2.     On August 2, 2007, this Court allowed the Complaint in this matter to be filed under seal.

3.  There are eight minors involved.  In order to protect the identity of the minors, it is requested that the Order attached hereto as Exhibit A be entered.  The Order provides instruction and direction to Defendants in answering the Complaint and in filing further pleadings.

4.  Plaintiff also seeks leave to file under seal a Reference List showing the actual names of minors and their parents as well as the pseudonyms used in the redacted Complaint.  This will assist the Defendants in filing redacted Answers.  The proposed Order requires that the Order itself and the Reference List be served along with the Summons, the unredacted Complaint, and redacted Complaint in this matter.

WHEREFORE, Plaintiff, ARLENE HENSEL, Individually, and as Mother and Next Friend of BRANDEN HENSEL, a Minor, requests that this Court enter the attached Order Regarding Filings and grant leave to file a Reference List under seal.

> ARLENE HENSEL, Individually and as Mother and Next Friend of BRANDEN HENSEL, a Minor,

 /s/  KATRINA M. TARASKA
One of her attorneys

KATRINA M. TARASKA
M. MICHAEL WATERS
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton, Suite 425
Peoria, IL 61602
Telephone: 309/676-8986
Facsimile: 309/676-4130

# EXHIBIT A
IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 07-CV-1205<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER REGARDING FILINGS

1. This matter involves eight minors.

2. It contains allegations of sexual harassment.

3. This Court has granted a motion allowing the Complaint with the names of the minors to be filed under seal.

4. Until further order of this Court, all pleadings identifying any minor, or the parent of any minor, shall be filed under seal.

5. In addition to filing the sealed version of any pleading identifying a minor or its parent, a redacted copy of the pleading shall be filed with the Clerk of this Court.

6.  Plaintiff shall file a Reference List under seal with the Court showing the true names of all minors and their parents along with the pseudonyms to be used in filing redacted pleadings.

7.  Both the original Complaint and the redacted Complaint shall be served along with the Summons. Additionally, a copy of this Order and the Reference List filed under seal shall be served with the Summons in this matter.

8.  All parties are cautioned not to disclose the name of any minor or minors' parents in any filing in this matter unless and until this Order is modified or vacated.

9.  Information concerning filing documents under seal and redacted documents is available on the District Court's website under the title "Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases."

Date Entered:_____

_____
Judge of the United States District Court
for the Central District of Illinois