IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor,<br><br>      Plaintiff,<br><br>vs.<br><br>BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor,<br><br>      Defendants. | Case Number: 07-CV-1205 |

## **ORDER REGARDING FILINGS**

1. This matter involves eight minors.

2. It contains allegations of sexual harassment.

3. This Court has granted a motion allowing the Complaint with the names of the minors to be filed under seal.

4. Until further order of this Court, all pleadings identifying any minor, or the parent of any minor, shall be filed under seal.

5. In addition to filing the sealed version of any pleading identifying a minor or its parent, a redacted copy of the pleading shall be filed with the Clerk of this Court.

6. Plaintiff shall file a Reference List under seal with the Court showing the true names of all minors and their parents along with the pseudonyms to be used in filing redacted pleadings.

7. Both the original Complaint and the redacted Complaint shall be served along with the Summons. Additionally, a copy of this Order and the Reference List filed under seal shall be served with the Summons in this matter.

8. All parties are cautioned not to disclose the name of any minor or minors' parents in any filing in this matter unless and until this Order is modified or vacated.

9. Information concerning filing documents under seal and redacted documents is available on the District Court's website under the title "Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases."

Date Entered: 9/14/2007

s/ Byron G. Cudmore
United States Magistrate Judge

Judge of the United States District Court
for the Central District of Illinois