Summonses Issued 9/28/07