E-FILED
Tuesday, 16 October, 2007 02:24:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 07 CV 1205 |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE
## AND
## DESIGNATION OF LEAD COUNSEL

NOW COME the Defendants, BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor,, by and through their attorneys, JOHN P. FLEMING of FLEMING & UMLAND, and hereby enter their appearance in the above action, and demand trial by jury of all issues. Attorney John P. Fleming is

designated as lead counsel for Defendants, BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor.

                                                BETTY BAKER and BARRY
                                                BAKER, Parents of BRIAN BAKER,
                                                Defendants

                                BY:_____ /s/ John P. Fleming_____
                                      JOHN P. FLEMING, Their Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on October 16, 2007, as follows:

Ms. Katrina M. Taraska
Mr. M. Michael Waters
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, Illinois  61602

                                              _____/s/ John P. Fleming_____
                                              John P. Fleming

Mr. John P. Fleming
FLEMING & UMLAND
411 Hamilton Blvd., Suite 1518
Peoria, Illinois  61602
Telephone: (309) 676-7657
JPF/bla:07-185