E-FILED
Tuesday, 16 October, 2007  02:27:10 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07 CV 1205 |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION TO STRIKE OR DISMISS ATTORNEY'S FEES PRAYERS
FROM COUNTS IV AND V**

NOW COMES the Defendant, BRIAN BAKER, a Minor, by and through his parents, BETTY BAKER and BARRY BAKER, by and through his attorneys, John P. Fleming, Fleming & Umland, and hereby moves this Court to strike or dismiss the prayer for attorney's fees from Counts IV and V of the Complaint,

pursuant to FRCP 12(b)(6), as not properly recoverable under the law, and in support of this motion, provides the following Memorandum.

## MEMORANDUM OF LAW

1. In Counts IV and V of the Complaint filed by the Plaintiffs, Plaintiffs seek recovery under state law claims, specifically under the common law theories of "battery" (Count IV) and "joint enterprise" (Count V) as against certain minor Defendants.

2. Counts IV and V of the Complaint, plead under the Illinois Common Law, seek recovery for attorney's fees, under circumstances where the law does not allow for the recovery of attorney's fees.

3. Counts IV and V of the Complaint are not brought under the clause of any contract, and are not brought pursuant to the language of any law or statute, either under federal law or state law. Specifically, there is no claim brought against the minor individual Defendants under Counts IV and V of the Complaint under any federal statute providing for the recovery of attorney's fees either as costs or damages.

4. Under Illinois law, a Plaintiff in a common law action has no right to recover attorney's fees, absent any written contract or written statute allowing

recovery of attorney's fees. <u>Morris B. Chapman & Associates, Ltd. V. Kitzman</u>, 193 Ill.2d 560, 739 N.E.2d 1263 (2000).

WHEREFORE, the Defendant, BRIAN BAKER, a Minor, by and through his parents, BETTY BAKER and BARRY BAKER, respectfully requests that this Court strike or dismiss the prayer for attorney's fees from Counts IV and V of the Complaint.

> BRIAN BAKER, a Minor, by and
> through his parents, BETTY BAKER
> and BARRY BAKER, Defendant
>
> BY: /s/ John P. Fleming
> JOHN P. FLEMING, His Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on October 16, 2007, as follows:

Ms. Katrina M. Taraska
Mr. M. Michael Waters
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, Illinois 61602

> /s/ John P. Fleming
> John P. Fleming

Mr. John P. Fleming
FLEMING & UMLAND
411 Hamilton Blvd., Suite 1518
Peoria, Illinois 61602
Telephone: (309) 676-7657
JPF/bla:07-185