IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case Number: 07-CV-1205<br>) |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**MOTION FOR ENLARGEMENT OF TIME ON BEHALF OF
DONALD DOG, PARENT OF DAVID DOG, A MINOR**

NOW COMES the Plaintiff, JANE DOE, Individually, and as Mother and Next Friend of JOHN DOE, a Minor, by her counsel, VONACHEN, LAWLESS, TRAGER & SLEVIN, and moves this Court for an Order enlarging the time in which DONALD DOG, Parent of DAVID DOG, a Minor, a minor, must file his answer or motion pursuant to Rule 12, Fed.R.Civ.P., in this matter. In support thereof, Plaintiff says:

1.  This Motion is filed under seal pursuant to the Court's Order of September 14, 2007.

2.  Counsel for DOG has contacted Plaintiff's counsel and has requested that this Motion be filed.

3. DONALD DOG was served with process on October 4, 2007, and, accordingly, his answer would be due on October 24, 2007.

4. Plaintiff's counsel has been contacted by both insurance counsel and personal counsel for DOG. They have indicated that the insurance carrier is still attempting to resolve coverage issues.

5. Until the coverage issues are resolved, neither insurance counsel nor personal counsel believe it is appropriate for them to file an answer in this matter or even to appear for the purpose of filing a Motion to Enlarge Time.

6. Insurance counsel has requested an additional thirty days, or until November 23, 2007, to file an answer on behalf of DOG.

7. Plaintiff's counsel does not oppose that request and has agreed to file the motion seeking enlargement of time, in view of the coverage issue and the difficulties it currently poses for the attorneys to file such a motion themselves on behalf of DOG.

WHEREFORE, Plaintiff's request that this Court enlarge the time for DOG to file his answer or motion until November 23, 2007 or for such other appropriate relief this Court deems appropriate.

JANE DOE, Individually and as Mother
and Next Friend of JOHN DOE, a Minor,

  /s/ M. MICHAEL WATERS
One of her attorneys

KATRINA M. TARASKA
M. MICHAEL WATERS
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton, Suite 425
Peoria, IL 61602
Telephone: 309/676-8986
Facsimile: 309/676-4130

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused the foregoing MOTION FOR ENLARGEMENT OF TIME ON BEHALF OF DONALD DOG, PARENT OF DAVID DOG, A MINOR, to be electronically filed with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the court's CM/ECF electronic filing system:

Mr. John P. Fleming
FLEMING & UMLAND
411 Hamilton Blvd., Suite 1518
Peoria, IL  61602

      /M. Michael Waters/
    M. Michael Waters
    VONACHEN, LAWLESS, TRAGER & SLEVIN
    456 Fulton Street, Suite 425
    Peoria, IL  61602
    Ph: (309) 676-8986
    Fax:  (309) 676-4130