UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 07-CV-1205 ) ) |
| BRIMFIELD GRADE SCHOOL, BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor, BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor, CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, Minor, DONALD DOG, Parent of DAVID DOG, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, Minor, FRANCINE FOX, Parent of FRANK FOX, Minor | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION TO ENLARGE TIME TO FILE A RESPONSIVE PLEADING**

NOW COME the defendants, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, by their attorneys, David A. Perkins and William J. Charnock, of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Rule F.R.C.P. 6 and Local Rule 6.1, requests an extension of time to file a responsive pleading, and in support thereof, states as follows:

1. The undersigned recently received this file and needs additional time to investigate the facts and to assess the legal claims.

2. That the undersigned conferred with plaintiff's counsel, Michael Waters, on 10/18/07 and Mr. Waters advised that he had no objection to the pleading deadline being extended to 11/1/07.

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

WHEREFORE, the defendants, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, by their attorneys, David A. Perkins and William J. Charnock, of HEYL, ROYSTER, VOELKER & ALLEN, hereby request that the court extend the deadline for these defendants to file a responsive pleading to 11/1/07.

By: /s/ David A. Perkins
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins - #6195542
William J. Charnock

### CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing Motion to Enlarge Time to File a Responsive Pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. M. Michael Waters
Vonachen, Lawless, Trager & Slevin
Suite 425
Twin Towers Plaza
456 Fulton Street
Peoria, IL  61602-1240

/s/ David A. Perkins
David A. Perkins #6195542
William J. Charnock

Attorneys for Defendants, EDWARD EASY and
ELLEN EASY, Parents of ELWARD EASY, a Minor
HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)

dperkins@hrva.com
wcharnock@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400