IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case Number: 07-CV-1205<br>) |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October, 2007, I caused the foregoing MOTION FOR ENLARGEMENT OF TIME ON BEHALF OF DONALD DOG, PARENT OF DAVID DOG, A MINOR, to be electronically filed with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the court's CM/ECF electronic filing system:

Mr. John P. Fleming
FLEMING & UMLAND
411 Hamilton Blvd., Suite 1518
Peoria, IL  61602

Additionally, a copy was served by first class mail or by hand delivery upon all of the above parties.

            JANE DOE, Individually and as Mother and
            Next Friend of JOHN DOE, a Minor,


              /s/  M. MICHAEL WATERS
              One of her attorneys


KATRINA M. TARASKA
M. MICHAEL WATERS
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton, Suite 425
Peoria, IL 61602
Telephone: 309/676-8986
Facsimile: 309/676-4130