E-FILED
Thursday, 25 October, 2007  11:00:25 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually as Mother and Next Friend of JOHN DOE, a Minor, <br><br>Plaintiff, <br><br>vs. <br><br>BRIMFIELD GRADE SCHOOL, BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor, BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor, CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, Minor, DONALD DOG, Parent of DAVID DOG, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, Minor, FRANCINE FOX, Parent of FRANK FOX, Minor <br>Defendants. | CASE NO. 07-CV-1205 |

### MOTION TO STRIKE COUNTS IV, V, AND VI OF PLAINTIFF'S COMPLAINT

NOW COME the defendants, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, by their attorney, David A. Perkins, of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to F.R.C.P. 12(f) moves to strike Counts IV, V, and VI of Plaintiff's Complaint, and in support thereof, states as follows:

1.  Counts IV, V, and VI of plaintiff's Complaint contains prayers for relief requesting "reasonable attorney's fees". Illinois courts follow the American rule which does not allow recovery of attorney's fees unless a specific statute permits recovery of attorney's fees. Plaintiff cites no statutory authority justifying the recovery of attorney's fees in Counts IV, V, and VI.

2.  Count VI of plaintiff's Complaint is premised upon the Parental Responsibility Law, 740 ILCS 115/1, *et seq*. The statute limits the circumstances in which damages can be recovered and specifically provides:

HEYL ROYSTER
VOELKER &ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

***

> In determining the damages to be allowed in an action under this Act for personal injury, only medical, dental, and hospital expenses, and expenses for treatment by Christian Science practitioners and nursing care appropriate thereto may be considered. See 740 ILCS 115/5

The prayer for relief in Count VI of plaintiff's Complaint requests damages "for an amount that a jury would find to be fair and reasonable to compensate John for his injuries, and for reasonable attorney's fees and costs associated with this claim". Hence, the prayer for relief requests damages beyond what the statue allows. Moreover, as outlined above, attorney's fees are not recoverable in the absence of a statute specifically authorizing recovery of attorney's fees.

WHEREFORE, the defendants, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, pray that Counts IV, V, and VI be stricken for the deficiencies outlined above and for such other and further relief as the court deems appropriate. .

By:    /s/ David A. Perkins
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins - #6195542
William J. Charnock

**HEYL ROYSTER VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the foregoing Motion to Strike Counts IV, V, and VI of Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nile J. Williamson
Suite 1926
411 Hamilton
Peoria, IL 61602

Mr. John P. Fleming
Fleming & Umland
411 Hamilton Blvd.
Suite 1518
Peoria, IL 61602

/s/ David A. Perkins
David A. Perkins #6195542
William J. Charnock

Attorneys for Defendants, EDWARD EASY and
ELLEN EASY, Parents of ELWARD EASY
HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)

dperkins@hrva.com
wcharnock@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400