IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, </br></br>      Plaintiff, </br></br>vs. </br></br>BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, </br></br>      Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case Number: 07-CV-1205 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO CERTAIN MOTIONS TO DISMISS OR STRIKE**

      NOW COMES the Plaintiff, JANE DOE, Individually, and as Mother and Next Friend of JOHN DOE, a Minor, by her counsel, VONACHEN, LAWLESS, TRAGER & SLEVIN, and moves this Court for an Order enlarging the time for her to file a response to Motions to Dismiss or Strike Counts IV, V, and VI of the Complaint. In support thereof, Plaintiff says:

      1.    Counts I, II, and III of the Complaint seek redress for violations of Title IX. Counts IV, V, and VI of the Complaint seek remedies against a number of individuals under tort and parental responsibility theories.

2. There are six sets of individual Defendants from whom relief is sought under Counts IV, V, and VI of the Complaint. As of this date, only two of these Defendants have filed responsive pleadings. In both cases, the responsive pleadings that were filed were Motions to Strike or Dismiss Counts IV, V, and VI of the Complaint.

3. Some of the other non-institutional Defendants have sought an enlargement of time in which to file an answer. Plaintiff's counsel has agreed not to oppose any of those motions and in all cases, the request for enlargement of time was allowed by the Court.

4. Two sets of the Defendants, Connie and Chester Charlie, and Donald Dog, have been allowed until November 23, 2007 to file their responses to the Complaint.

5. The two sets of Motions to Dismiss which have been filed to date have been substantially similar, and it is anticipated that there will be similar motions filed on behalf of some of the other Defendants.

6. It would further the goal of judicial economy to allow the Plaintiff to file a consolidated response to all of the similar Motions.

7. Plaintiff seeks until December 7, 2007, that being fourteen (14) days from November 23, the latest date for any non-institutional Defendant to respond, to file her response to Motions to Dismiss or Strike Counts IV, V, and VI of the Complaint.

8. As of this time, there have been appearances by two sets of non-institutional Defendants. Plaintiff's counsel has conferred with their counsel and is authorized to represent to the Court that this Motion is not being opposed.

WHEREFORE, Plaintiff moves for an Order from this Court enlarging the time for her to file her responses to Motions to Dismiss or Strike Counts IV, V, and VI of the Complaint until December 7, 2007.

                JANE DOE, Individually and as Mother
                and Next Friend of JOHN DOE, a Minor,

            /s/ M. MICHAEL WATERS
                One of her attorneys

KATRINA M. TARASKA
M. MICHAEL WATERS
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton, Suite 425
Peoria, IL 61602
Telephone: 309/676-8986
Facsimile: 309/676-4130

### CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2007, I caused the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO CERTAIN MOTIONS TO DISMISS OR STRIKE, to be electronically filed with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the court's CM/ECF electronic filing system:

Mr. John P. Fleming
FLEMING & UMLAND
411 Hamilton Blvd., Suite 1518
Peoria, IL 61602

Mr. David A. Perkins
Heyl, Royster, Voelker & Allen
124 SW Adams Street
Suite 600
Peoria, IL 61602

             /s/ M. Michael Waters
            M. Michael Waters
            VONACHEN, LAWLESS, TRAGER & SLEVIN
            456 Fulton Street, Suite 425
            Peoria, IL 61602
            Ph: (309) 676-8986
            Fax: (309) 676-4130