UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>BRIMFIELD GRADE SCHOOL, BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor, BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor, CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, Minor, DONALD DOG, Parent of DAVID DOG, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, Minor, FRANCINE FOX, Parent of FRANK FOX, Minor,<br><br>Defendants. | Case No. 07-cv-1205 |

## DESIGNATION OF LEAD COUNSEL

JULIE L. GALASSI of HASSELBERG, ROCK, BELL & KUPPLER, LLP is hereby designated as lead counsel in this cause.

                                                CONNER CHARLIE, CONNIE CHARLIE, and
                                                CHESTER CHARLIE, Defendants

                                                /s/ Julie L. Galassi
                                                Julie L. Galassi, Esq., Bar No. 6198035
                                                Attorney for Defendants, Conner Charlie, Connie Charlie and Chester Charlie
                                                Hasselberg, Rock, Bell & Kuppler, LLP
                                                Suite 200 Associated Bank Building
                                                4600 N. Brandywine Drive
                                                Peoria, IL  61614-5591
                                                Telephone:  (309) 688-9400
                                                Facsimile:   (309) 688-9430
                                                E-mail:  jgalassi@hrbklaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on the 20th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John P. .Fleming, Esq.
Fleming & Umland
411 Hamilton Blvd., Suite 1518
Peoria, IL  61602

David A. Perkins, Esq.
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL  61602

Katrina M. Taraska, Esq.
M. Michael Waters, Esq.
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL  61602

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

                                /s/ Julie L. Galassi
                                Julie L. Galassi, Esq., Bar No. 6198035
                                Attorney for Defendants, Conner Charlie, Connie Charlie and Chester Charlie
                                Hasselberg, Rock, Bell & Kuppler, LLP
                                Suite 200 Associated Bank Building
                                4600 N. Brandywine Drive
                                Peoria, IL  61614-5591
                                Telephone:  (309) 688-9400
                                Facsimile:   (309) 688-9430
                                E-mail:  jgalassi@hrbklaw.com