**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 07-cv-1205 |
| BRIMFIELD GRADE SCHOOL, BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor, BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor, CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, Minor, DONALD DOG, Parent of DAVID DOG, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, Minor, FRANCINE FOX, Parent of FRANK FOX, Minor, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

JULIE L. GALASSI of HASSELBERG, ROCK, BELL & KUPPLER, LLP enters her appearance as counsel on behalf of the Defendants, CONNER CHARLIE, CONNIE CHARLIE and CHESTER CHARLIE in the above-captioned matter.

                                                     CONNER CHARLIE, CONNIE CHARLIE, and CHESTER CHARLIE, Defendants

                                                     /s/ Julie L. Galassi
Julie L. Galassi, Esq., Bar No. 6198035
Attorney for Defendants, Conner Charlie, Connie Charlie and Chester Charlie
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:   (309) 688-9430
E-mail:  jgalassi@hrbklaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John P. .Fleming, Esq.
Fleming & Umland
411 Hamilton Blvd., Suite 1518
Peoria, IL  61602

David A. Perkins, Esq.
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL  61602

Katrina M. Taraska, Esq.
M. Michael Waters, Esq.
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL  61602

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

                                                      /s/ Julie L. Galassi
                                              Julie L. Galassi, Esq., Bar No. 6198035
                                              Attorney for Defendants, Conner Charlie, Connie Charlie and Chester Charlie
                                              Hasselberg, Rock, Bell & Kuppler, LLP
                                              Suite 200 Associated Bank Building
                                              4600 N. Brandywine Drive
                                              Peoria, IL  61614-5591
                                              Telephone:  (309) 688-9400
                                              Facsimile:   (309) 688-9430
                                              E-mail:  jgalassi@hrbklaw.com