UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 07-cv-1205 |
| BRIMFIELD GRADE SCHOOL, BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor, BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor, CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, Minor, DONALD DOG, Parent of DAVID DOG, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, Minor, FRANCINE FOX, Parent of FRANK FOX, Minor ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**MOTION FOR A MORE DEFINITIVE STATEMENT**

NOW COME the Defendants, CONNIE CHARLIE and CHESTER CHARLIE, and Defendant CONNER CHARLIE, a Minor, by and through his parents, CONNIE CHARLIE and CHESTER CHARLIE, by their attorney, Julie L. Galassi, of HASSELBERG, ROCK, BELL & KUPPLER LLP, and pursuant to F.R.C.P. 12(e) move for a more definitive statement of the allegations in Counts IV, V, and VI of Plaintiff's Complaint, and in support thereof, state as follows:

1.   Plaintiff alleges in paragraph 5 (incorporated by reference from Count I) of his Counts IV, V and VI that he was "subjected to physical and verbal misconduct of a sexual nature by other male students at BRIMFIELD."

2.  Plaintiff then alleges in paragraph 6 of his Counts IV, V and VI that the "above-described sexual misconduct consisted predominantly of grabbing, twisting, and hitting JOHN's testicles."

3.  Plaintiff then alleges in paragraph 10 of his Counts IV, V and VI that "the above described sexual misconduct, to which JOHN was subjected to [*sic*] was committed by the following students: ALLEN ABLE, BRIAN BAKER, CONNER CHARLIE, DAVID DOG, ELWARD EASY and FRANK FOX."

4.  Because these allegations are imprecise and made against all named defendants, Defendant cannot tell whether the allegations amount to a well-pled cause of action for battery (Count IV) against him. Plaintiff alleges that he was subjected to "physical <u>and verbal</u>" sexual misconduct, which consisted "<u>predominantly</u>" of inflicting physical harm. Then Plaintiff vaguely alleges that all five Defendants committed "above described sexual misconduct" without specifying which Defendants are alleged to have committed what acts. As far as Defendant can tell, Plaintiff may only be alleging that he committed verbal misconduct – in this case Defendant would need to file a 12(b)(6) motion to dismiss Count IV as against him.

5.  Moreover, because the allegations are imprecise as to when and where any act may have been committed by each Defendant, he is unable to frame any affirmative defenses that may be available.

6.  Where a complaint makes general allegations against all named defendants and fails to separate each alleged act by each defendant, there is sufficient basis to grant a 12(e) motion for

a more definitive statement. *Veltmann v. Walpole Pharmacy, Inc.*, 9287 F.Supp. 1161 (M.D.Fla.1996).

7. Defendant cannot be expected to draft a responsive pleading based on Plaintiff's vague allegations against the five minor Defendants which fail to attach particular acts to particular defendants. Defendant is not asking for evidence or for assistance in preparing for trial; he is only asking to be informed of the following: (1) what he is alleged to have done, (2) when he is alleged to have done it, and (3) where and under what circumstances the alleged events occurred.

WHEREFORE, Defendants, CONNER CHARLIE, along with CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor, pray that the Court order a more definitive statement of Counts IV, V, and VI as outlined above, or alternatively that said counts be stricken for the deficiencies outlined above and for such other and further relief as the court deems appropriate.

                CONNER CHARLIE, CONNIE CHARLIE, and CHESTER CHARLIE, Defendants

                /s/ Julie L. Galassi
Julie L. Galassi, Esq., Bar No. 6198035
Attorney for Conner Charlie, Connie Charlie and Chester Charlie, Defendants
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:  (309) 688-9430
E-mail:  jgalassi@hrbklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John P. .Fleming, Esq.
Fleming & Umland
411 Hamilton Blvd., Suite 1518
Peoria, IL  61602

David A. Perkins, Esq.
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL  61602

Katrina M. Taraska, Esq.
M. Michael Waters, Esq.
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL  61602


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

                                                               /s/ Julie L. Galassi
Julie L. Galassi, Esq., Bar No. 6198035
Attorney for Defendants, Conner Charlie, Connie Charlie and Chester Charlie
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:  (309) 688-9430
E-mail:  jgalassi@hrbklaw.com