## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRIMFIELD GRADE SCHOOL, BRIMFIELD )<br>SCHOOL DISTRICT #309, ABBY ABLE, Parent )<br>of ALLEN ABLE, a Minor, BETTY BAKER and )<br>BARRY BAKER, Parents of BRIAN BAKER, a )<br>Minor, CONNIE CHARLIE and CHESTER )<br>CHARLIE, Parents of CONNOR CHARLIE, )<br>Minor, DONALD DOG, Parent of DAVID DOG, )<br>EDWARD EASY and ELLEN EASY, Parents )<br>of ELWARD EASY, Minor, FRANCINE FOX, )<br>Parent of FRANK FOX, Minor, )<br>)<br>Defendants. ) | Case No. 07-cv-1205 |

### MOTION TO STRIKE OR DISMISS COUNTS IV, V, AND VI OF PLAINTIFF'S COMPLAINT

NOW COME the Defendants, CONNIE CHARLIE and CHESTER CHARLIE, and Defendant CONNER CHARLIE, a Minor, by and through his parents, CONNIE CHARLIE and CHESTER CHARLIE, by their attorney, Julie L. Galassi, of HASSELBERG, ROCK, BELL & KUPPLER LLP, and pursuant to F.R.C.P. 12(b)(6) and F.R.C.P. 12(f) moves to strike or dismiss Counts IV, V, and VI of Plaintiff's Complaint, and in support thereof, state as follows:

1. Plaintiff requests attorney's fees in Counts IV (battery) and V (joint enterprise). Illinois courts do not allow recovery of attorney's fees unless provided for by statute or contract. Plaintiff cites no statutory authority justifying the recovery of attorney's fees in Counts IV or V.

2.   Plaintiff invokes the Parental Responsibility Law, 740 ILCS 115/1, et seq. in Count VI. That statute limits damages for personal injury under the act to "medical, dental and hospital expenses and expenses for treatment by Christian Science practitioners and nursing care appropriate thereto ... ." 740 ILCS 115/5. Plaintiff requests damages under Count VI "for an amount that a jury would find to be fair and reasonable to compensate John for his injuries." This prayer circumvents the statutory liability limit and must be stricken to comply with statute or dismissed.

WHEREFORE, the Defendants, CONNER CHARLIE, CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor, pray that Counts IV, V, and VI be stricken for the deficiencies outlined above and for such other and further relief as the court deems appropriate.

> CONNER CHARLIE, CONNIE CHARLIE, and CHESTER CHARLIE, Defendants
>
>   /s/ Julie L. Galassi
> Julie L. Galassi, Esq., Bar No. 6198035
> Attorney for Defendants, Conner Charlie, Connie Charlie and Chester Charlie
> Hasselberg, Rock, Bell & Kuppler, LLP
> Suite 200 Associated Bank Building
> 4600 N. Brandywine Drive
> Peoria, IL  61614-5591
> Telephone:  (309) 688-9400
> Facsimile:   (309) 688-9430
> E-mail:  jgalassi@hrbklaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John P. .Fleming, Esq.
Fleming & Umland
411 Hamilton Blvd., Suite 1518
Peoria, IL  61602

David A. Perkins, Esq.
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL  61602

Katrina M. Taraska, Esq.
M. Michael Waters, Esq.
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL  61602


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

                                              /s/ Julie L. Galassi
                                          Julie L. Galassi, Esq., Bar No. 6198035
                                          Attorney for Defendants, Conner Charlie, Connie Charlie and Chester Charlie
                                          Hasselberg, Rock, Bell & Kuppler, LLP
                                          Suite 200 Associated Bank Building
                                          4600 N. Brandywine Drive
                                          Peoria, IL  61614-5591
                                          Telephone:  (309) 688-9400
                                          Facsimile:   (309) 688-9430
                                          E-mail:  jgalassi@hrbklaw.com