IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07 CV 1205 |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF INTERST**

The undersigned, counsel of record for DONALD DOG, parent of DAVID DOG, a Minor, Defendant, files this Certificate of Interest in accordance with local rule 11.3.

1. The full name of every party represented by Attorney, GERALD W. BRADY, JR., in this case is: DONALD DOG, parent of DAVID DOG, a Minor.

2. DONALD DOG is not a corporation.

3. Attorney, GERALD W. BRADY, JR., is the only counsel expected to represent DONALD DOG, parent of DAVID DOG, a Minor, in this matter.

                        DONALD DOG, Parent of DAVID DOG, a Minor, Defendant

BY:   /s/ Gerald W. Brady, Jr.
       GERALD W. BRADY, JR., His Attorney

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on November 21, 2007, as follows:

    Ms. Katrina M. Taraska
    Mr. M. Michael Waters
    VONACHEN, LAWLESS, TRAGER & SLEVIN
    456 Fulton, Suite 425
    Peoria, Illinois  61602

      /s/ Gerald W. Brady, Jr.
    GERALD W. BRADY, JR.

GERALD W. BRADY, JR.
ATTORNEY AT LAW
1133 N. North Street
Peoria, Illinois  61606
Telephone: (309) 674-0821