IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07 CV 1205 |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO STRIKE OR DISMISS COUNT VI

NOW COMES the Defendant, DONALD DOG, Parent of DAVID DOG, by and through his attorney, GERALD W. BRADY, JR., and hereby moves this Court to strike or dismiss Count VI of the Complaint, pursuant to FRCP 12(b)(6), as substantially insufficient to provide grounds for the recovery sought, or for this Court to dismiss or strike out of Count VI all of the prayers for any damages other

than a specific prayer for recovery of hospital bills and medical bills only, consistent with the law. Further, Defendants file the following Memorandum in support of this motion.

## MEMORANDUM OF LAW

1. Count VI of the Complaint purportedly seeks recovery of damages against Defendant parent, DONALD DOG, of the minor, DAVID DOG, arising out of the acts of the minor, DAVID DOG, and that count is a state law claim purportedly brought under an Illinois statute, specifically 740 ILCS 115/3 and 115/5.

2. That 740 ILCS 115/3 is limited by 740 ILCS 115/5, specifically, Section 5 of that statute limits the recovery of damages in a case of injury to the person, exclusively to recovery of medical bills and hospital bills incurred. (740 ILCS 115/5.)

3. Specifically, under 740 ILCS 115/3 and 115/5, the Plaintiffs are not able to recover a general, vague figure of "actual damages"… "that a jury would find to be fair and reasonable to compensate JOHN for his injuries", as plead in Count VI.

4. Therefore, the allegations of Count VI should be either dismissed, or stricken to strictly comply with the limited recovery allowed under Illinois law.

WHEREFORE, the Defendant, DONALD DOG, parent of DAVID DOG, a minor, prays that this Court dismiss or strike out all allegations in Count VI of the Complaint which are not supported by Illinois law, and, further, to limit the recovery of Plaintiff under any cause of action under 740 ILCS 115/3 and 115/5 accordingly.

                                    DONALD DOG, Parent of DAVID DOG, a Minor, Defendant

                         BY:   /s/ Gerald W. Brady, Jr.
                                    GERALD W. BRADY, JR., His Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on November 21, 2007, as follows:

Ms. Katrina M. Taraska
Mr. M. Michael Waters
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, Illinois  61602

   /s/ Gerald W. Brady, Jr.
GERALD W. BRADY, JR.

GERALD W. BRADY, JR.
ATTORNEY AT LAW
1133 N. North Street
Peoria, Illinois  61606
Telephone: (309) 674-0821