**E-FILED**
Wednesday, 21 November, 2007  11:44:10 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 07 CV 1205 |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO STRIKE OR DISMISS ATTORNEY'S FEES PRAYERS FROM COUNTS IV AND V

NOW COMES the Defendant, DAVID DOG, a Minor, by and through his

parent, DONALD DOG, by and through his attorney, GERALD W. BRADY, JR.,

and hereby moves this Court to strike or dismiss the prayer for attorney's fees from

Counts IV and V of the Complaint, pursuant to FRCP 12(b)(6), as not properly

recoverable under the law, and in support of this motion, provides the following

Memorandum.

## MEMORANDUM OF LAW

1.      In Counts IV and V of the Complaint filed by the Plaintiff, Plaintiff

seek recovery under state law claims, specifically under the common law theories

of "battery" (Count IV) and "joint enterprise" (Count V) as against certain minor

Defendants.

2.      Counts IV and V of the Complaint, plead under the Illinois Common

Law, seek recovery for attorney's fees, under circumstances where the law does

not allow for the recovery of attorney's fees.

3.      Counts IV and V of the Complaint are not brought under the clause of

any contract, and are not brought pursuant to the language of any law or statute,

either under federal law or state law.  Specifically, there is no claim brought

against the minor individual Defendants under Counts IV and V of the Complaint

under any federal statute providing for the recovery of attorney's fees either as

costs or damages.

4.     Under Illinois law, a Plaintiff in a common law action has no right to recover attorney's fees, absent any written contract or written statute allowing recovery of attorney's fees.  <u>Morris B. Chapman & Associates, Ltd. V. Kitzman,</u> 193 Ill.2d 560, 739 N.E.2d 1263 (2000).

WHEREFORE, the Defendant, DAVID DOG, a Minor, by and through his parent, DONALD DOG, respectfully requests that this Court strike or dismiss the prayer for attorney's fees from Counts IV and V of the Complaint.

DAVID DOG, a Minor, by and
through his parent, DONALD DOG,
Defendant

BY:     /s/ Gerald W. Brady, Jr.
GERALD W. BRADY, JR., His
Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on November 21, 2007, as follows:

Ms. Katrina M. Taraska
Mr. M. Michael Waters
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, Illinois  61602


       /s/ Gerald W. Brady, Jr.
GERALD W. BRADY, JR.


GERALD W. BRADY, JR.
ATTORNEY AT LAW
1133 N. North Street
Peoria, Illinois  61606
Telephone: (309) 674-0821