**E-FILED**
Friday, 23 November, 2007  07:38:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 07-1205 |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor;BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE  and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY DEMAND** |
| Defendants. | ) ) | |

---

**ANSWER OF DEFENDANT, ABBY ABLE,
PARENT OF ALLEN ABLE, A MINOR**

---

Now comes the Defendant, ABBY ABLE, Parent of Allen Able, a Minor, by RICHARD

L. STEAGALL, his attorney, and for Answer to the Plaintiff's Complaint states:

**I.
Jurisdiction & Venue**

1.     Defendant admits the court has federal question jurisdiction of the subject matter

under 28 U.S.C. § 1331, 1343 (a)(4) and supplemental jurisdiction over the additional state

claims under 28 U.S.C. § 1367.

2.     Defendant admits venue is founded in this district under 28 U.S.C. § 1391 (b).

## II.
## The Parties

3.      Defendant admits these allegations.

4.      Defendant admits these allegations.

5.      Defendant admits these allegations.

6.      Defendant admits these allegations.

7.      Defendant admits these allegations.

8.      Defendant admits these allegations.

9.      Defendant admits these allegations.

10.     Defendant admits these allegations.

11.     Defendant admits these allegations.

12.     Defendant admits these allegations.

13.     Defendant admits these allegations.

14.     Defendant admits these allegations.

15.     Defendant admits these allegations.

16.     Defendant admits these allegations.

## Count I
## Sexual Harassment & Retaliation; Title IX of Educational Amendment
## of 1972, 20 U.S.C. § 1681 et seq; Defendants, Brimfield Grade
## School & Brimfield School District #309

1.      Defendant admits these allegations.

2.      Defendant admits these allegations.

3.      Defendant admits these allegations.

2

4.    Defendant admits these allegations.

5-11.   These allegations are not directed against this defendant, so she makes no response and if response is required, she denies the allegations.

### Notice of Sexual Harassment to School Officials

11-85.  These allegations are not directed against this defendant, so she makes no response and if response is required, denies the allegations.

### Duties of Recipients of Federal Funds

86.    Defendant admits these allegations.

87-88.  These allegations and the Prayer for Relief that follows, so she makes no response to the allegations and if response is required, denies the allegations.  Defendant makes no response to the Prayer for Relief as it is not directed against her and if response is required, she denies Plaintiff is entitled to any relief against her and prays for an award of her costs.

### Count II
### Violation of Title IX – Defendants, Brimfield Grade School & Brimfield School District #309

89.    Defendant repeats her answer to ¶ 1-88 of Count I for ¶ 89-177 of Count II.

178-182.  These allegations and the Prayer for Relief that follows, so she makes no response to the allegations and if response is required, denies the allegations.  Defendant makes no response to the Prayer for Relief as it is not directed against her and if response is required, she denies Plaintiff is entitled to any relief against her and prays for an award of her costs.

### Count III
### Retaliation in Violation of Title IX – Brimfield Grade School & Brimfield School District #309

183-271. Defendant repeats her answer to ¶ 1-88 of Count I as ¶ 183-271 of Count III.

272-277.   These allegations and the Prayer for Relief that follows, so she makes no response to the allegations and if response is required, denies the allegations.  Defendant makes no response to the Prayer for Relief as it is not directed against her and if response is required, she denies Plaintiff is entitled to any relief against her and prays for an award of her costs.

### Count IV
### Battery – Defendants, Individual Students

278-1.  Defendant admits these allegations. [1]

279-2.  Defendant admits these allegations.

280-3.  Defendant admits these allegations.

281-4.  Defendant admits these allegations.

282-5.  Defendant denies these allegations.

283-6.  Defendant denies these allegations, but admits incidents occurred among male students where a towel was thrown at one's testicles.

284-7.  Defendant admits the incidents occurring among male students were unwelcome, but denies the remainder of these allegations.

285-8.  Defendant admits John Doe and others objected to the misconduct.

286-9.  Defendant denies these allegations.

287-10.  Defendant denies Allen Able engaged in a series of sexual misconduct toward John Doe, admits he threw a towel at John Doe on one occasion, but denies he was involved in any other such incidents, and denies the remainder of these allegations.

---

[1] "278-1" refers to the paragraph as numbered in Count V and the paragraph incorporated by reference from Count I.

4

288-11. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## Notice of Sexual Harassment to School Officials

289-12.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

290-13. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

291-14.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

292-15. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

293-16. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

294-17.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

295-18. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

296-19.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

297-20. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

298-21.  Defendant has insufficient knowledge to form a belief as to the truth of these

allegations and, therefore, denies these allegations.

299-22. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

300-23. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

301-24. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

302-25. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

303-26. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

304-27. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

305-28. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

306-29. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

307-30. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

308-31. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

309-32. Defendant has insufficient knowledge to form a belief as to the truth of these

allegations and, therefore, denies these allegations.

310-33.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

311-34.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

312-35. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

313-36. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

314-37. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

315-38.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

316-39. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

317-40. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

318-41. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

319-42.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

320-43  Defendant has insufficient knowledge to form a belief as to the truth of these

allegations and, therefore, denies these allegations.

321-44.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

322-45.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

323-46. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

324-47. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

325-48. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

326-49.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

327-50.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

328-51. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

329-52. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

330-53. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

331-54. Defendant has insufficient knowledge to form a belief as to the truth of these

allegations and, therefore, denies these allegations.

332-55.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

333-56.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations ad, therefore, denies these allegations.

334-57.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

335-58.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

336-59.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

337-60.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

338-61.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

339-62. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

340-63.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

341-64.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

342-65.  Defendant has insufficient knowledge to form a belief as to the truth of these

allegations and, therefore, denies these allegations.

343-66. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

344-67. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

345-68.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

346-69. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

347-70. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

348-71.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

349-72. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

350-73. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

351-74. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

352-75. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

353-76. Defendant has insufficient knowledge to form a belief as to the truth of these

allegations and, therefore, denies these allegations.

354-77. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

355-78. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

356-79. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

357-80. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

358-81. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

359-82. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

360-83. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

361-84. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

362-85. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**Duties of Recipients of Federal Funds**

363-86. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

364-87. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

365-88. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

367.    Defendant denies these allegations.

368.    Defendant denies these allegations.

369.    Defendant denies these allegations.

**WHEREFORE**,  Defendant, ABBY ABLE, Parent of ALLEN ABLE, a Minor, denies that Plaintiff, JANE DOE, Individually and as Mother and Next Friend of John Doe, a Minor, is entitled to judgment against her in the amount claimed or in any amount whatsoever and prays for a judgment in her favor and award of costs.

### Count V
### Joint Enterprise Against Defendant Students

370-1.  Defendant admits these allegations.[2]

372-2.  Defendant admits these allegations.

373-3.  Defendant admits these allegations.

374-4.  Defendant admits these allegations.

375-5.  Defendant denies these allegations.

376-6.  Defendant denies these allegations, but admits incidents occurred among male students where a towel was thown at one's testicles.

---

[2] "370-1" refers to the paragraph as numbered in Count V and the paragraph incorporated by reference from Count I.

377-7.  Defendant admits the incidents occurring among male students were unwelcome, but denies the remainder of these allegations.

378-8.  Defendant admits Branden and others objected to the misconduct.

379-9.  Defendant denies these allegations.

380-10.  Defendant denies Allen Able engaged in a series of sexual misconduct toward John Doe, admits he threw a towel at John Doe on one occasion, but denies he was involved in any other such incidents, and denies the remainder of these allegations.

381-11. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

### Notice of Sexual Harassment to School Officials

382-12.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

383-13. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

384-14.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

385-15. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

386-16. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

387-17.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

388-18. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

389-19.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

390-20. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

391-21.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

392-22. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

393-23. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

394-24. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

395-25.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

396-26.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

397-27. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

398-28. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

399-29. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

400-30.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

401-31. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

402-32.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

403-33.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

404-34.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

405-35. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

406-36. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

407-37. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

408-38.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

409-39. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

410-40. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

411-41. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

412-42.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

413-43  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

414-44.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

415-45.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

416-46. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

417-47. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

418-48. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

419-49.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

420-50.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

421-51. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

422-52. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

423-53. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

424-54. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

425-55.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

426-56.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations ad, therefore, denies these allegations.

427-57.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

428-58.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

429-59.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

430-60.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

431-61.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

432-62. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

433-63.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

434-64.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

435-65.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

436-66. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

437-67. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

438-68.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

439-69. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

440-70. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

441-71.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

442-72. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

443-73. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

444-74. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

445-75. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

446-76. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

447-77. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

448-78. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

449-79. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

450-80. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

451-81. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

452-82. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

453-83. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

454-84. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

455-85. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

### Duties of Recipients of Federal Funds

456-86. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

457-87. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

458-88. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

459.     Defendant denies these allegations.

460.     Defendant denies these allegations.

461.     Defendant denies these allegations.

462.     Defendant denies these allegations.

463.     Defendant denies these allegations.

464.     Defendant denies these allegations.

465.     Defendant denies these allegations.

466.     Defendant denies these allegations.

**WHEREFORE**,  Defendant, ABBY ABLE, Parent of Allen Able, a Minor, denies that Plaintiff, JANE DOE, Individually and as Mother and Next Friend of John Doe, a Minor, is entitled to judgment against her in the amount claimed or in any amount whatsoever and prays

20

for a judgment in her favor and award of costs.

## Count VI
## Parental Responsibility Law

467-1.  Defendant admits these allegations.[3]

468-2.  Defendant admits these allegations.

469-3.  Defendant admits these allegations.

470-4.  Defendant admits these allegations.

471-5.  Defendant denies these allegations.

472-6.  Defendant denies these allegations, but admits incidents occurred among male students where a towel was thown at one's testicles.

474-7.  Defendant admits the incidents occurring among male students were unwelcome, but denies the remainder of these allegations.

475-8.  Defendant admits Branden and others objected to the misconduct.

476-9.  Defendant denies these allegations.

477-10.  Defendant denies Justin Petersen engaged in a series of sexual misconduct toward Branden Hensel, admits he threw a towel at Branden Hensel on one occasion, but denies he was involved in any other such incidents, and denies the remainder of these allegations.

478-11. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## Notice of Sexual Harassment to School Officials

479-12.  Defendant has insufficient knowledge to form a belief as to the truth of these

---

[3] "467-1" refers to the paragraph as numbered in Count V and the paragraph incorporated by reference from Count I.

21

allegations and, therefore, denies these allegations.

480-13. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

481-14.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

482-15. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

483-16. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

484-17.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

485-18. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

486-19.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

487-20. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

488-21.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

489-22. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

490-23. Defendant has insufficient knowledge to form a belief as to the truth of these

allegations and, therefore, denies these allegations.

491-24. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

492-25.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

493-26.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

494-27. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

495-28. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

496-29. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

497-30.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

498-31. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

499-32.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

500-33.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

501-34.  Defendant has insufficient knowledge to form a belief as to the truth of these

allegations and, therefore, denies these allegations.

502-35. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

503-36. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

504-37. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

505-38.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

506-39. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

507-40. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

508-41. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

509-42.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

510-43  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

511-44.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

512-45.  Defendant has insufficient knowledge to form a belief as to the truth of these

allegations and, therefore, denies these allegations.

513-46. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

514-47. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

515-48. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

516-49.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

517-50.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

518-51. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

519-52. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

520-53. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

521-54. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

522-55.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

523-56.  Defendant has insufficient knowledge to form a belief as to the truth of these

allegations ad, therefore, denies these allegations.

524-57.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

525-58.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

526-59.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

527-60.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

528-61.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

529-62. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

530-63.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

531-64.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

532-65.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

533-66. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

534-67. Defendant has insufficient knowledge to form a belief as to the truth of these

allegations and, therefore, denies these allegations.

535-68.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

536-69. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

537-70. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

538-71.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

539-72. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

540-73. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

541-74. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

542-75. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

543-76. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

544-77. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

545-78. Defendant has insufficient knowledge to form a belief as to the truth of these

allegations and, therefore, denies these allegations.

546-79. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

547-80. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

548-81. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

549-82. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

550-83. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

551-84. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

552-85. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**Duties of Recipients of Federal Funds**

453-86. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

554-87. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

555-88. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

556-563  Paragraphs 368-70 are in Count IV and paragraphs 371-374 are in Count V.

The paragraphs of Count IV that are not incorporated from Count I are 367-369.  The paragraphs

in Count V that are not incorporated from Count I are 459-466.  Defendant sets forth the Answer

to those paragraphs below.

367.    Defendant denies these allegations.

368.    Defendant denies these allegations.

369.    Defendant denies these allegations.

459.    Defendant denies these allegations.

460.    Defendant denies these allegations.

461.    Defendant denies these allegations.

462.    Defendant denies these allegations.

463.    Defendant denies these allegations.

464.    Defendant denies these allegations.

465.    Defendant denies these allegations.

466.    Defendant denies these allegations.

564     Defendant admits the minors were unemancipated and denies the other

allegations.

565.    Defendants admits these allegations.

566.    Defendant admits these allegations.

567.    Defendant admits these allegations.

568.     Defendant admits these allegations.

569.    Defendant admits these allegations.

570.     Defendant admits these allegations.

571.     Defendant admits these allegations.

572.     Defendant denies these allegations.

573.     Defendant denies these allegations.

**WHEREFORE**,  Defendant, ABBY ABLE, Parent of Allen Able, a Minor, denies that

Plaintiff, JANE DOE, Individually and as Mother and Next Friend of John Doe, a Minor, is

entitled to judgment against him in the amount claimed or in any amount whatsoever and prays

for a judgment in her favor and award of costs.

---

**AFFIRMATIVE DEFENSES**

1.     The complaint fails to state a claim for relief against this defendant.

2.     The contact between Allen Able and John Doe was *de minimus* horseplay and not

unprivileged.

3.     Abby Able's conduct had no causal connection with any conduct of Allen Able

alleged that could give rise to liability under the Illinois Parental Responsibility Law for the

following reasons. 740 ILCS 115/3 (2006).

    A.     Abby Able enrolled Allen Able in the Brimfield School District as
required law.

    B.     Abby Able turned over the care, custody, and control of Allen Able to the
teachers and administrative personnel of the School District on school
property during school hours and extracurricular activities.

    C.     The school teachers and administrators of the Brimfield School District
had an *in loco parentis* relationship with Allen Able and the other enrolled
students on school property during school hours and during extracurricular
activities after school hours.

30

    D.      Abby Able had no right to control the activity of her son, Allen Able, during school hours and extracurricular activities and any conduct of hers could not be a proximate cause of any intentional or willful or wanton conduct of Allen Able that injured John Doe.

    4.      The deliberate indifference of the Brimfield School District #309 alleged in Count I & II which was an intervening cause to any liability of Abby Able for the conduct of Allen Able under the Illinois Parental Responsibility Law. 740 ILCS 115/3 (2006).

**WHEREFORE**,  Defendant, ABBY ABLE, Parent of Allen Able, a Minor, denies that Plaintiff, JANE DOE, Individually and as Mother and Next Friend of John Doe, a Minor, prays for judgment in bar of the Plaintiff's complaint plus an award of costs.

<b>DEFENDANT DEMANDS A TRIAL BY JURY</b>

Respectfully submitted,


s/   Richard L. Steagall
Attorney for Defendant, ABBY ABLE,
Parent of Allen Able, a Minor


---

<b>CERTIFICATE OF SERVICE</b>

    I hereby certify that on **November 23, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Katrina M Taraska
VONACHEN LAWLESS TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL 61602
309-676-8986
Fax: 309-676-4130
Email: ktaraska@vltslaw.com

M Michael Waters
Vonachen Lawless Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL 61602
309-676-8986
Fax: 309-676-4130
Email: mwaters@vltslaw.com

Attorneys for Plaintiff


Mr. John P Fleming
Fleming & Umland
411 Hamilton Blvd, Suite 1518
Peoria, IL 61602
309-676-7657
Fax: 309-676-8776
Email: jpf59@mtco.com

Attorney for Defendant, Barry Baker and Betty Baker,
Parents of Brian Baker, a Minor


Ms. Julie L Galassi
Hasselberg Rock Bell & Kuppler
4600 N Brandywine Dr, Suite 200
Peoria, IL 61614-5591
309-688-9400
Fax: 309-688-9430
Email: jgalassi@hrbklaw.com

Attorney for Defendant, Chester Charlie and Connie Charlie,
Parents of Conner Charlie, a Minor

Mr. Gerald W Brady, Jr
Brady & Donahue
1133 N North Street
Peoria, IL
309-674-0821
Fax: 309-674-0954
Email: geraldbradyjr@yahoo.com

Attorney for Donald Dog
Parent of David Dog, a Minor

Mr. David A Perkins
Heyl Royster Voelker & Allen
124 SW Adams St, Suite 600
Peoria, IL 61602
309-676-0400
Fax: 309-676-3374
Email: dperkins@hrva.com

Attorney for Defendants,
Edward Easy and Ellen Easy
Parents of Elward Easy, a Minor

                                                  s/   Richard L. Steagall

RICHARD L. STEAGALL
Nicoara & Steagall
416 Main Street, Suite 815
Commerce Building
Peoria, IL 61602-1115
Tel: (309) 674-6085
Fax: (309) 674-6032
E-mail: nicsteag@mtco.com