## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>BRIMFIELD GRADE SCHOOL, BRIMFIELD  )<br>SCHOOL DISTRICT #309, ABBY ABLE, Parent  )<br>of ALLEN ABLE, a Minor, BETTY BAKER and  )<br>BARRY BAKER, Parents of BRIAN BAKER, a  )<br>Minor, CONNIE CHARLIE and CHESTER  )<br>CHARLIE, Parents of CONNER CHARLIE,  )<br>Minor, DONALD DOG, Parent of DAVID DOG,  )<br>EDWARD EASY and ELLEN EASY, Parents  )<br>of ELWARD EASY, Minor, FRANCINE FOX,  )<br>Parent of FRANK FOX, Minor  )<br>)<br>Defendants.  ) | Case No. 07-cv-1205 |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for CONNIE CHARLIE and CHESTER CHARLIE, parents of CONNER CHARLIE, a Minor, and CONNER CHARLIE, Defendants, files this Certificate of Interest.

1. The full names of every party represented by JULIE L. GALASSI, in this case are: CONNIE CHARLIE and CHESTER CHARLIE, parents of CONNER CHARLIE, a Minor, and CONNER CHARLIE.

2. CONNIE CHARLIE, CHESTER CHARLIE and CONNER CHARLIE are not corporations.

3. JULIE L. GALASSI is the only counsel expected to represent CONNIE CHARLIE and CHESTER CHARLIE, parents of CONNER CHARLIE a Minor, and CONNER CHARLIE in this matter.

CONNER CHARLIE, CONNIE CHARLIE, and CHESTER CHARLIE, Defendants

   /s/ Julie L. Galassi
Julie L. Galassi, Esq., Bar No. 6198035
Attorney for Conner Charlie, Connie Charlie and Chester Charlie, Defendants
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:   (309) 688-9430
E-mail:  jgalassi@hrbklaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John P. Fleming, Esq.
Fleming & Umland
411 Hamilton Blvd., Suite 1518
Peoria, IL 61602

Katrina M. Taraska, Esq.
M. Michael Waters, Esq.
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL 61602

Richard L. Steagall, Esq.
Nicoara & Steagall
416 Main Street, Suite 815
Commerce Bank Building
Peoria, IL 61602-1115

David A. Perkins, Esq.
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL 61602

Gerald W. Brady, Jr., Esq.
1133 N. North Street
Peoria, IL 61606

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

    /s/ Julie L. Galassi
Julie L. Galassi, Esq., Bar No. 6198035
Attorney for Defendants, Conner Charlie, Connie Charlie and Chester Charlie
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL 61614-5591
Telephone: (309) 688-9400
Facsimile: (309) 688-9430
E-mail: jgalassi@hrbklaw.com