IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 CV 1205 |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

NOW COMES the law firm of CASSIDY & MUELLER and enters its appearance as counsel for the Defendants, BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, in the above-entitled case.

Respectfully submitted,
BRIMFIELD GRADE SCHOOL and
BRIMFIELD SCHOOL DISTRICT #309,
    Defendants,

CASSIDY & MUELLER,
    Attorneys for Defendants.
By:  s/ John E. Cassidy, III
    John E. Cassidy, III
    David B. Mueller
    Cassidy & Mueller
    416 Main Street
    Suite 323
    Peoria, IL  61602
    Telephone:  (309) 676-0591
    Facsimile:  (309) 676-8036
    E-Mail:  jcassidy@cassidymueller.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Katrina Taraska<br>Michael Waters<br>Vonachen, Lawless, Trager & Slevin<br>456 Fulton, Suite 425<br>Peoria, IL  61602 | Gerald Brady, Jr.<br>Brady & Donahue<br>1133 N. North Street<br>Peoria, IL  61602 |
| John Fleming<br>Fleming & Umland<br>411 Hamilton Blvd., Suite 1518<br>Peoria, IL  61602 | David Perkins<br>Heyl, Royster, Voelker & Allen<br>124 SW Adams<br>Suite 600<br>Peoria, IL  61602 |
| Richard Steagall<br>Nicoara & Steagall<br>416 Main Street, Suite 815<br>Peoria, IL  61602 | Julie Galassi<br>Hasselberg, Rock, Bell & Kuppler<br>4600 N. Brandywine Drive, Suite 200<br>Peoria, IL  61614 |

        s/  John E. CASSIDY, III
          CASSIDY & MUELLER
          416 Main Street, Suite 323
          Peoria, IL  61602
          Telephone: 309/676-0591
          Fax: 309/676-8036
          E-mail: jcassidy@cassidymueller.com