IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 CV 1205 |
| Defendants. | ) | |

## **DESIGNATION OF LEAD COUNSEL**

John E. Cassidy, III, and David B. Mueller of the law firm of CASSIDY & MUELLER, are members in good standing of the bar of this Court, are designated as lead counsel in the representation of Defendants, BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309.

        Respectfully submitted,
        BRIMFIELD GRADE SCHOOL and
        BRIMFIELD SCHOOL DISTRICT #309,
            Defendants,

        CASSIDY & MUELLER,
            Attorneys for Defendants.
      By:   s/ John E. Cassidy, III
            John E. Cassidy, III
            David B. Mueller
            Cassidy & Mueller
            416 Main Street
            Suite 323
            Peoria, IL  61602
            Telephone:  (309) 676-0591
            Facsimile:  (309) 676-8036
            E-Mail:  jcassidy@cassidymueller.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Katrina Taraska<br>Michael Waters<br>Vonachen, Lawless, Trager & Slevin<br>456 Fulton, Suite 425<br>Peoria, IL  61602 | Gerald Brady, Jr.<br>Brady & Donahue<br>1133 N. North Street<br>Peoria, IL  61602 |
| John Fleming<br>Fleming & Umland<br>411 Hamilton Blvd., Suite 1518<br>Peoria, IL  61602 | David Perkins<br>Heyl, Royster, Voelker & Allen<br>124 SW Adams<br>Suite 600<br>Peoria, IL  61602 |
| Richard Steagall<br>Nicoara & Steagall<br>416 Main Street, Suite 815<br>Peoria, IL  61602 | Julie Galassi<br>Hasselberg, Rock, Bell & Kuppler<br>4600 N. Brandywine Drive, Suite 200<br>Peoria, IL  61614 |

          s/  John E. CASSIDY, III
             CASSIDY & MUELLER
             416 Main Street, Suite 323
             Peoria, IL  61602
             Telephone: 309/676-0591
             Fax: 309/676-8036
             E-mail: jcassidy@cassidymueller.com