E-FILED
Monday, 10 December, 2007  04:22:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 07 CV 1205 |
| Defendants. | ) |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Defendants, BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, furnish the following in compliance with Rule 11.3 of this Court:

1. The full name and every party or amicus the attorney represents in the case:

   BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309

2. If such party or amicus is a corporation:

   a. Its parent corporation, if any:

   b. A list of corporate stockholders which are publicly held companies owning 10% or more of the stock of the party or amicus if it is a publicly held company:

        BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309 are not corporations.

3. The names of all law firms whose partners or associates have appeared for the party or are expected to appear for the party in this case:

        Cassidy & Mueller
        416 Main Street
        Suite 323
        Peoria, IL  61602

        Respectfully submitted,

        BRIMFIELD GRADE SCHOOL and
        BRIMFIELD SCHOOL DISTRICT #309,
            Defendants,

        CASSIDY & MUELLER,
            Attorneys for Defendants.
        By:   s/ John E. Cassidy, III
            John E. Cassidy, III
            Cassidy & Mueller
            416 Main Street
            Suite 323
            Peoria, IL  61602
            Telephone:  (309) 676-0591
            Facsimile:  (309) 676-8036
            E-Mail:  jcassidy@cassidymueller.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Katrina Taraska<br>Michael Waters<br>Vonachen, Lawless, Trager & Slevin<br>456 Fulton, Suite 425<br>Peoria, IL  61602 | Gerald Brady, Jr.<br>Brady & Donahue<br>1133 N. North Street<br>Peoria, IL  61602 |
| John Fleming<br>Fleming & Umland<br>411 Hamilton Blvd., Suite 1518<br>Peoria, IL  61602 | David Perkins<br>Heyl, Royster, Voelker & Allen<br>124 SW Adams<br>Suite 600<br>Peoria, IL  61602 |
| Richard Steagall<br>Nicoara & Steagall<br>416 Main Street, Suite 815<br>Peoria, IL  61602 | Julie Galassi<br>Hasselberg, Rock, Bell & Kuppler<br>4600 N. Brandywine Drive, Suite 200<br>Peoria, IL  61614 |

                                          s/    John E. CASSIDY, III
                                               CASSIDY & MUELLER
                                               416 Main Street, Suite 323
                                               Peoria, IL  61602
                                               Telephone: 309/676-0591
                                               Fax: 309/676-8036
                                               E-mail: jcassidy@cassidymueller.com