E-FILED
Monday, 10 December, 2007  04:25:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 CV 1205 |
| Defendants. | ) | |

**MOTION TO DISMISS**

NOW COMES the Defendants, BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, by and through their attorneys, CASSIDY & MUELLER, and moves this court to dismiss Plaintiff's Complaint under Federal Rules of Civil Procedure 12(b)(6) for failure to state a claim upon relief to be granted. In support of said motion, Defendants state:

1.  Counts I, II and III of Plaintiffs' Complaint allege sexual harassment and retaliation in violation of Title IX. Count I is brought by JOHN DOE against BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309. Count II alleges retaliation in violation of Title IX on behalf of JOHN DOE while Count III alleges retaliation in violation of Title IX on behalf of JOHN DOE'S mother, JANE DOE.

2.  Count I fails to state a claim under Title IX upon which relief can be granted.

3. In that no Title IX claim has been stated, Counts II and III also fail to state a claim for retaliation based upon Title IX.

4. The allegations of Plaintiff's Complaint fail to allege any basis for discrimination based upon sex.

5. The allegations fail to allege any basis upon which it can be objectively concluded that the "harassing" behavior was so severe, pervasive and objectively offensive that it denied JOHN DOE equal access to education that Title IX is designed to protect.

6. The allegations of Plaintiff's Complaint allege "same sex" behavior between the alleged harassers and the victim. The Supreme Court has never recognized "same-sex" sexual harassment under Title IX. Although lower courts have recognized same-sex sexual harassment under Title IX, no court has ever found "same sex" harassment based upon the type of conduct alleged in Plaintiff's Complaint. The conduct alleged in Plaintiff's Complaint does not support a claim for "same-sex" sexual harassment under Title IX.

7. Furthermore, all of the allegations in Plaintiff's Complaint that in any way relate to obligations or duties under federal regulations should be stricken from the Complaint in that no private cause of action is available to the Plaintiff for the failure of a school district to abide by federal regulations relating to Title IX.

8. Filed with this motion is a Memorandum of Law in support thereof.

WHEREFORE, the Defendants, BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, respectfully pray for an order of this court dismissing Counts I, II and III of Plaintiff's Complaint under the Federal Rules of Civil Procedure 12(b)(6) for failure to state a claim upon which relief could be granted and for such other relief that the court deems appropriate.

Respectfully submitted,

BRIMFIELD GRADE SCHOOL and
BRIMFIELD SCHOOL DISTRICT #309,
    Defendants,

CASSIDY & MUELLER,
    Attorneys for Defendants.
By:    s/ John E. Cassidy, III
    John E. Cassidy, III
    Cassidy & Mueller
    416 Main Street
    Suite 323
    Peoria, IL  61602
    Telephone:  (309) 676-0591
    Facsimile:  (309) 676-8036
    E-Mail:  jcassidy@cassidymueller.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Katrina Taraska<br>Michael Waters<br>Vonachen, Lawless, Trager & Slevin<br>456 Fulton, Suite 425<br>Peoria, IL  61602 | Gerald Brady, Jr.<br>Brady & Donahue<br>1133 N. North Street<br>Peoria, IL  61602 |
| John Fleming<br>Fleming & Umland<br>411 Hamilton Blvd., Suite 1518<br>Peoria, IL  61602 | David Perkins<br>Heyl, Royster, Voelker & Allen<br>124 SW Adams<br>Suite 600<br>Peoria, IL  61602 |
| Richard Steagall<br>Nicoara & Steagall<br>416 Main Street, Suite 815<br>Peoria, IL  61602 | Julie Galassi<br>Hasselberg, Rock, Bell & Kuppler<br>4600 N. Brandywine Drive, Suite 200<br>Peoria, IL  61614 |

                                                      s/     John E. CASSIDY, III
                                                                CASSIDY & MUELLER
                                                                416 Main Street, Suite 323
                                                                Peoria, IL  61602
                                                               Telephone: 309/676-0591
                                                                Fax: 309/676-8036
                                                               E-mail: jcassidy@cassidymueller.com