**E-FILED**
Friday, 14 December, 2007  09:07:19 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case Number: 07-CV-1205 ) |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS FILED BY DEFENDANTS
BRIMFIELD GRADE SCHOOL AND BRIMFIELD SCHOOL DISTRICT #309**

   NOW COMES the Plaintiff, JANE DOE, Individually, and as Mother and Next Friend of JOHN DOE, a Minor, by and through her counsel, KATRINA M. TARASKA and M. MICHAEL WATERS, of the firm of VONACHEN, LAWLESS, TRAGER & SLEVIN, and in support of her Motion for Extension of Time to Respond to Motion to Dismiss filed by Defendants BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, states as follows:

   1.   That on or about Monday, December 10, 2007, at 4:30 p.m., Plaintiff received notice of the Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss filed by Defendants BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309.

   2.   That pursuant to notice from the Court, Plaintiff is required to file a response to Defendants' Motion to Dismiss on or before December 27, 2007.

   3.   That due to the Christmas and New Year holidays, Plaintiff requests an extension of time, or until Thursday, January 17, 2008, upon which to file said response.

4.     That Plaintiff has called defense counsel for BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, John E. Cassidy III, relevant to Plaintiff's request.

5.     That the Defendants have no objection to a brief extension of time for Plaintiff to file her response.

WHEREFORE, Plaintiff respectfully requests the Court enter an Order granting Plaintiff's Motion for Extension of Time.

                    JANE DOE, Individually and as Mother
                    and Next Friend of JOHN DOE, a Minor,


                    BY:    /s/ KATRINA M. TARASKA
                          One of her attorneys


Katrina M. Taraska
M. Michael Waters
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton, Suite 425
Peoria, IL 61602
Telephone: 309/676-8986
Facsimile: 309/676-4130

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I caused the foregoing PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESOND TO MOTION TO DISMISS FILED BY DEFENDANTS BRIMFIELD GRADE SCHOOL AND BRIMFIELD SCHOOL DISTRICT #309, to be electronically filed with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the Court's CM/ECF electronic filing system:

Mr. John P. Fleming
Fleming & Umland
411 Hamilton Blvd., Suite 1518
Peoria, IL  61602

Mr. David A. Perkins
Heyl, Royster, Voelker & Allen
124 SW Adams Street, Suite 600
Peoria, IL  61602

Mr. Richard L. Steagall
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL  61602

David B. Mueller
Cassidy & Mueller
416 Main Street, Suite 323
Peoria, IL  61602

Mr. Gerald W. Brady, Jr.
Attorney at Law
1133 N. North Street
Peoria, IL  61606

Ms. Julie L. Galassi
Hasselberg, Rock, Bell & Kuppler
4600 Brandywine Drive
Peoria, IL  61614

John E. Cassidy III
Cassidy & Mueller
416 Main Street, Suite 323
Peoria, IL  61602

   /s/  Katrina M. Taraska

Katrina M. Taraska
M. Michael Waters
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL  61602
Telephone: (309) 676-8986
Facsimile:  (309) 676-4130