IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case Number: 07-CV-1205 |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January, 2008, I caused the foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS, to be electronically filed with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the court's CM/ECF electronic filing system:

Mr. John P. Fleming
FLEMING & UMLAND
411 Hamilton Blvd., Suite 1518
Peoria, IL  61602

Mr. Gerald W. Brady, Jr.
ATTORNEY AT LAW
1133 N. North Street
Peoria, IL  61606

Mr. David A. Perkins
HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams, Suite 600
Peoria, IL  61602

John E. Cassidy III
CASIDY & MUELLER
416 Main Street, Suite 323
Peoria, IL  61602

Mr. Richard L. Steagall
NICOARA & STEAGALL
416 Main Street, Suite 815
Peoria, IL  61602

David B. Mueller
CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, IL  61602

    Ms. Julie L. Galassi
    HASSELBERG, ROCK, BELL & KUPPLER
    4600 Brandywine Drive
    Peoria, IL   61614

                JANE DOE, Individually and as Mother and
                Next Friend of JOHN DOE, a Minor,

                  /s/  KATRINA M. TARASKA
                      One of her attorneys

KATRINA M. TARASKA
M. MICHAEL WATERS
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton, Suite 425
Peoria, IL 61602
Telephone: 309/676-8986
Facsimile: 309/676-4130