**E-FILED**
Friday, 15 February, 2008 04:09:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, ) ) ) <br> Plaintiff, ) ) <br> v. ) ) <br> BRIMFIELD GRADE SCHOOL and ) BRIMFIELD SCHOOL DISTRICT #309, ) ABBY ABLE, Parent of ALLEN ABLE, a ) Minor; BETTY BAKER and BARRY ) BAKER, Parents of BRIAN BAKER, a ) Minor; CONNIE CHARLIE and CHESTER ) CHARLIE, Parents of CONNER ) CHARLIE, a Minor; DONALD DOG, ) Parent of DAVID DOG, a Minor; ) EDWARD EASY and ELLEN EASY, ) Parents of ELWARD EASY, a Minor, and ) FRANCINE FOX, Parent of FRANK FOX, ) a Minor, ) ) <br> Defendants. ) | Case No. 07 CV 1205 |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:   See attached Certificate of Service.

The undersigned certifies that a true copy of the following discovery document(s) along with a copy of this Notice was sealed in an envelope addressed as set forth and deposited in a United States post office box, postage fully prepaid, or hand delivered, at Peoria, Illinois on the __15__ day of __FEB._____,
2008:

1. Defendants' Request for Production of Documents to Plaintiffs;
2. Defendants' Request for Production of Documents to Co-Defendants, BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309.

>BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor, Defendants,
>
>BY: _____/s/ John P. Fleming_____
>JOHN P. FLEMING, Their Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on February 15, 2008, as follows:

| | |
|---|---|
| Ms. Katrina M. Taraska<br>Mr. M. Michael Waters<br>Vonachen, Lawless, Trager & Slevin<br>456 Fulton, Suite 425<br>Peoria, IL  61602 | Mr. Gerald W. Brady, Jr.<br>Attorney at Law<br>1133 N. North Street<br>Peoria, IL  61606 |
| Mr. David A. Perkins<br>Heyl, Royster, Voelker & Allen<br>124 S.W. Adams, Suite 600<br>Peoria, IL  61602 | Ms. Julie L. Galassi<br>Hasselberg, Rock, Bell & Kuppler<br>4600 Brandywine Drive<br>Peoria, IL  61614 |

Mr. Richard L. Steagall  
Nicoara & Steagall  
416 Main Street, Suite 815  
Peoria, IL  61602  

Mr. David B. Mueller  
Cassidy & Mueller  
416 Main Street, Suite 323  
Peoria, IL  61602  

Mr. John E. Cassidy III  
Cassidy & Mueller  
416 Main Street, Suite 323  
Peoria, IL  61602  

                /s/ John P. Fleming  
                John P. Fleming  

Mr. John P. Fleming  
FLEMING & UMLAND  
411 Hamilton Blvd., Suite 1518  
Peoria, Illinois  61602  
Telephone: (309) 676-7657  
JPF/bla:07-185  

3