**E-FILED**
Thursday, 10 April, 2008  02:11:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  07-cv-1205 |
| | ) |
| BRIMFIELD GRADE SCHOOL, | ) |
| DRIMBIEFL SCHOOL DISTRICT #309, | ) |
| ABBY ABLE, BETTY BAKER, BARRY | ) |
| BAKER, CONNIE CHARLIE, CHESTER | ) |
| CHARLIE, DONALD DOG, EDWARD | ) |
| EASY, ELLEN EASY, and FRANCINE | ) |
| FOX, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Before the court is Magistrate Judge Cudmore's Report and Recommendation [Doc. 53] on various motions to strike and dismiss:

1.  First Motion to Dismiss Attorney's Fees Prayers from Counts IV and V filed by Defendants, Betty and Barry Baker, on October 16, 2007 [Doc. 11];

2.  First Motion to Dismiss or Strike Count VI filed by Defendant Bakers on October 16, 2007 [Doc. 12];

3.   Motion to Strike Counts IV, V, and VI of the Complaint filed by Defendants, Edward and Ellen Easy, on October 25, 2007 [Doc. 19];

4.   Motion for a More Definite Statement filed by Defendants, Connie and Chester Charlie, on November 20, 2007 [Doc. 27];

5.   Motion to Strike or Dismiss Counts IV, V and VI filed by all Defendants on November 20, 2007 [Doc. 28];

6.   Motion to Strike Count VI filed by Defendant, Doug Dog, on November 21, 2007 [Doc. 31];

7. Motion to Strike Attorney Fees from Counts IV and V filed by Defendant Dog on November 21, 2007 [Doc. 32]; and

8. Motion to Dismiss filed by Defendants, Brimfield Grad School and Brimfield School District #309, on December 10, 2007 [Doc. 44].

In these Motions, Defendants sought to strike the prayer for attorney fees related to Plaintiff's state law battery, joint enterprise, and parental responsibility claims, Plaintiff's prayer for "actual damages" and "fair and reasonable damages" related to Plaintiff's Parental Responsibility Act claim, and Plaintiff's allegations that the school failed to comply with federal regulations regarding sexual harassment (paragraphs 16-17, 20-21, 23, and 86-88). The Charlie Defendants also sought a more definite statement with respect to the type of misconduct alleged. Finally, the Brimfield Defendants sought dismissal of Plaintiff's Title IX sexual harassment and discrimination claims.

Judge Cudmore recommended that only the prayer for attorney fees with respect to Counts IV and V, and the paragraph related to Defendants' alleged violation of federal regulations, be stricken. In all other respects, Judge Cudmore recommended that the Motions be denied.

The parties have not filed any objections within the ten (10) working days allotted by 28 U.S.C. §636(b)(1). Failure to timely object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views, Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, this Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT

1.  The First Motion to Dismiss Attorney's Fees Prayers from Counts IV and V [Doc. 11] is GRANTED;

2.  The First Motion to Dismiss or Strike Count VI [Doc. 12] is DENIED;

3.  The Motion to Strike Counts IV, V, and VI of the Complaint [Doc. 19] is GRANTED IN PART and DENIED IN PART;

4.  The Motion for a More Definite Statement [Doc. 27] is DENIED;

5.  The Motion to Strike or Dismiss Counts IV, V and VI [Doc. 28] is GRANTED IN PART and DENIED IN PART;

6.  The Motion to Strike Count VI [Doc. 31] is DENIED;

7.  The Motion to Strike Attorney Fees from Counts IV and V [Doc. 32] is GRANTED; and

8.  The Motion to Dismiss [Doc. 44] is DENIED.

Accordingly, the prayer for attorney fees with respect to Counts IV and V are STRICKEN and paragraphs 16-17, 20-21, 23, and 86-87 are also STRICKEN.


Entered this 9th day of April, 2008

                                                  s/ Joe B. McDade
                                                  JOE BILLY MCDADE
                                        United States District Judge