UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 07-CV-1205 ) |
| BRIMFIELD GRADE SCHOOL, BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor, BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor, CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, Minor, DONALD DOG, Parent of DAVID DOG, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, Minor, FRANCINE FOX, Parent of FRANK FOX, Minor Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

## **CERTIFICATION OF COUNSEL**

NOW COME the Defendants, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, Illinois, by David A. Perkins and William J. Charnock, of the law office of Heyl, Royster, Voelker & Allen, and hereby state that copies of the following:

**Interrogatories to Jane Doe**
**Interrogatories to John Doe**
**Request to Produce to Jane Doe**
**Request to Produce to John Doe**

were served upon the attorneys of record of all parties to the above causes by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 22nd day of April, 2008.

HEYL ROYSTER
VOELKER &ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

By:    /s/ David A. Perkins<br>
HEYL, ROYSTER, VOELKER & ALLEN<br>
David A. Perkins -  #6195542<br>
William J. Charnock

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2008, I electronically filed the foregoing Certification of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. John P. Fleming
Fleming & Umland
411 Hamilton Blvd.
Suite 1518
Peoria, IL 61602

Mr. Gerald W. Brady, Jr.
1133 N. North Street
Peoria, IL 61606

Ms. Julie L. Galassi
Hasselberg, Rock, Bell & Kuppler
Associated Bank Building, Suite 200
4600 North Brandywine Drive
Peoria, IL 61614-5591

Mr. Richard Steagall
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

John E. Cassidy, III
David B. Mueller
Cassidy & Mueller
323 Commerce Bank Building
416 Main Street
Peoria, IL  61602

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

Mr. Michael Waters  
Vonachen, Lawless, Trager & Slevin  
Suite 425  
Twin Towers Plaza  
456 Fulton Street  
Peoria, IL  61602-1240

       /s/ David A. Perkins  
David A. Perkins #6195542  
William J. Charnock

Attorneys for Defendants, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY  
HEYL, ROYSTER, VOELKER & ALLEN  
Suite 600, 124 S. W. Adams Street  
Peoria, IL 61602  
(309) 676-0400  
(309) 676-3374 (fax)

dperkins@hrva.com  
wcharnock@hrva.com

**HEYL ROYSTER**
**VOELKER & ALLEN**

Suite 600  
124 S.W. Adams Street  
Peoria, IL 61602-1352  
Fax (309) 676-3374  
(309) 676-0400