IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Case No. 07 - 1205<br>) |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | )  **JURY DEMAND**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ANSWER OF DEFENDANT, DONALD DOG,
PARENT OF DAVID DOG, A MINOR**

NOW COMES the Defendant, DONALD DOG, Parent, DAVID DOG, by his Attorney, GERALD W. BRADY, JR., and for answer to the Plaintiff's Complaint states:

**I.**

**Jurisdiction & Venue**

1.  Defendant admits the Court has federal question jursidiction of the subject matter under 28 U.S.C. § 1331, 1343 (a)(4) and supplemental jurisdiction over the additional state claims under 28 U.S.C. §1367.

2.  Defendant admits venue is founded in this District under 28 U.S.C. § 1391 (b).

1

## II.

## The Parties

3. Defendant admits these allegations.

4. Defendant admits these allegations.

5. Defendant admits these allegations.

6. Defendant admits these allegations.

7. Defendant admits these allegations.

8. Defendant admits these allegations.

9. Defendant admits these allegations.

10. Defendant admits these allegations.

11. Defendant admits these allegations.

12. Defendant admits these allegations.

13. Defendant admits these allegations.

14. Defendant admits these allegations.

15. Defendant admits these allegations.

16. Defendant admits these allegations.

## Count I

## Sexual Harassment & Retaliation; Title IX of Educational Amendment of 1972, 20 U.S.C. § 1681 et seq; Defendants, Brimfield Grade School & Brimfield School District #309

1. Defendant admits these allegations.

2. Defendant admits these allegations.

3. Defendant admits these allegations.

4. Defendant admits these allegations.

5-11. These allegations are not directed against this Defendant, so he makes no response and if is required, he denies the allegations.

### Notice of Sexual Harassment to School Officials

12-85.  These allegations are not directed against this Defendant, except paragraph 14 and paragraph 26 which Defendant denies and paragraph 27 wherein Defendant admits he denied any such conduct. Further, he makes no other response and if other response is required, he denies the remaining allegations.

### Duties of Recipients of Federal Funds

86.    Defendant admits these allegations.

87-88.    These allegations and Prayer for Relief the follows are against another Defendant, so he makes no response to the allegations and if response is required, denies the allegations. Defendant makes no response to the Prayer for Relief as it is not directed against him and if response is required, he denies Plaintiff is entitled to any relief against him and prays for an award of his costs.

### Count II

### Violation of Title IX - Defendants, Brimfield Grade School & Brimfield School District #309

89.    Defendant repeats his answer to ¶ 1-88 of Count I and same for ¶ 89-177 of Count II.

178-182.    These allegations and Prayer for Relief that follows, are against another Defendant, so he makes no response to the allegations and if response is required, he denies the allegations. Defendant makes no response to the Prayer for Relief as it is not directed against him and if response is required, he denies Plaintiff is entitled to any relief against him and prays for an award of his costs.

## Count III

### Retaliation in Violation of Title IX - Brimfield Grade School & Brimfield School District #309

183-271.   Defendant repeats his answer to ¶ 1-88 of Count I and same for ¶ 183-271 of Count III.

272-277.   These allegations and the Prayer for Relief that follows are against another Defendant, so he makes no response to the allegations and if response is required, he denies the allegations. Defendant makes no response to the Prayer for Relief as it is not directed against him and if response is required, he denies Plaintiff is entitled to any relief against him and prays for an award of his costs.

## Count IV

### Battery - Defendants, Individual Students

278-1.  Defendant admits these allegations.[1]

279-2.  Defendant admits these allegations.

280-3.  Defendant admits these allegations.

281-4.  Defendant admits these allegations.

282-5.  Defendant denies these allegations.

283-6.  Defendant denies these allegations, but admits incidents occurred among male students where towels were thrown toward each other's testicles.

284-7.  Defendant admits the incidents occurring among male students were at times unwelcome, but denies the remainder of these allegations.

285-8.  Defendant admits John Doe and others objected to the misconduct.

---

[1] "278-1" refers to the paragraph as numbered in Count IV and the paragraph incorporated by reference from Count I.

286-9.   Defendant denies these allegations.

287-10.  Defendant denies DAVID DOG engaged in a series of sexual misconduct toward JOHN DOE and denies the remainder of these allegations.

288-11.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**Notice of Sexual Harassment to School Officials**

289-12.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

290-13.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

291-14.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

292-15.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

293-16.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

294-17.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

295-18.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

296-19.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

297-20.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

298-21.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

299-22.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

300-23.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

301-24.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

302-25.   Defendant has insufficient knowledge to form a belief as to the truth of notice to McNAMARA but admits DAVID DOG was called out of class.

303-26.   Defendant, DAVID DOG, had a conversation but has insufficient knowledge of time and, therefore, denies these allegations.

304-27.   Defendant admits DAVID DOG denied such conduct.

305-28.   Defendant denies DAVID DOG expressed anger toward JOHN DOE.

306-29.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

307-30.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

308-31.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

309-32.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

310-33.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

311-34. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

312-35. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

313-36. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

314-37. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

315-38. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

316-39. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

317-40. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

318-41. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

319-42. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

320-43. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

321-44. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

322-45. Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

323-46.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

324-47.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

325-48.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

326-49.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

327-50.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

328-51.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

329-52.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

330-53.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

331-54.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

332-55.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

333-56.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

334-57.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

335-58.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

336-59.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

337-60.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

338-61.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

339-62.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

340-63.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

341-64.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

342-65.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

343-66.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

344-67.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

345-68.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

346-69.   Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

347-70.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

348-71.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

349-72.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

350-73.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

351-74.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

352-75.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

353-76.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

354-77.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

355-78.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

356-79.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

357-80.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

358-81.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

359-82.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

360-83.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

361-84.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

362-85.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

### Duties of Recipients of Federal Funds

363-86.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

364-87.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

365-88.  Defendant has insufficient knowledge to form a belief as to the truth of these allegations and, therefore, denies these allegations.

366.  There is no paragraph pled.

367.  Defendant denies these allegations.

368.  Defendant denies these allegations.

369.  Defendant denies these allegations.

**WHEREFORE,** Defendant, DONALD DOG, Parent of DAVID DOG, a Minor denies that Plaintiff, JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, is entitled to judgment against him in the amount claimed or in any amount whatsoever and prays for a judgment in his favor and award of costs.

## Count V

### Joint Enterprise Against Defendant Students

370-1. Defendant repeats and re-alleges answers to ¶ 1-88 of Count I above as and for ¶ 370-458(457).

### Duties of Recipients of Federal Funds

459. Defendant denies these allegations.

460. Defendant denies these allegations.

461. Defendant denies these allegations.

462. Defendant denies these allegations.

463. Defendant denies these allegations.

464. Defendant denies these allegations.

465. Defendant denies these allegations.

466. Defendant denies these allegations.

**WHEREFORE,** Defendant, DONALD DOG, Parent of DAVID DOG, a Minor, denies that Plaintiff, JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, is entitled to judgment against him in the amount claimed or in any amount whatsoever and prays for a judgment in his favor and award of costs.

## Count VI

### Parental Responsibility Law

467-1. Defendant repeats and re-alleges answers to ¶ 1-88 of Count I above as and for ¶ 467-555(554).

556. Defendant repeats and re-alleges answers to ¶ 368-374 as and for ¶ 556-563.

**Duties of Recipients of Federal Funds**

| | |
|---|---|
| 556-563. | To clarify, paragraphs 368-70 are in Count IV and paragraphs 371-374 are in Count V. The paragraphs of Count IV that are not incorporated from Count I are 367-369. The paragraphs in Count V that are not incorporated form Count I are 459-466. Defendant sets forth the Answer to those paragraphs below. |
| 367. | Defendant denies these allegations. |
| 368. | Defendant denies these allegations. |
| 369. | Defendant denies these allegations. |
| 459. | Defendant denies these allegations. |
| 460. | Defendant denies these allegations. |
| 461. | Defendant denies these allegations. |
| 462. | Defendant denies these allegations. |
| 463. | Defendant denies these allegations. |
| 464. | Defendant denies these allegations. |
| 465. | Defendant denies these allegations. |
| 466. | Defendant denies these allegations. |
| 564. | Defendant admits the minors were unemancipated and denies the other allegations. |
| 565. | Defendant admits these allegations. |
| 566. | Defendant admits these allegations. |
| 567. | Defendant admits these allegations. |
| 568. | Defendant admits these allegations. |

569. Defendant admits these allegations.

570. Defendant admits these allegations.

571. Defendant admits these allegations.

572. Defendant denies these allegations.

573. Defendant denies these allegations.

**WHEREFORE,** Defendant, DONALD DOG, Parent of DAVID DOG, a Minor, denies that Plaintiff, JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, is entitled to judgment against him in the amount claimed or in any amount whatsoever and prays for a judgment in his favor and award of costs.

### AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim for relief against this Defendant.

2. The contact between DAVID DOG and JOHN DOE was *de minimus* juvenile horseplay and not unprivileged.

3. DONALD DOG's conduct had no causal connection with any conduct of DAVID DOG alleged that could give rise to liability under the Illinois Parental Responsibility Law for the following reasons. 740 ILCS 115/3 (2006).

    A. DONALD DOG enrolled DAVID DOG in the Brimfield School District as required by law.

    B. DONALD DOG turned over the care, custody, and control of DAVID DOG to the teachers and administrative personnel of the School District on school property during school hours and extracurricular activities.

14

    C.    The school teachers and administrators of the Brimfield School District had an *in loco parentis* relationship with DAVID DOG and the other enrolled students on school property during school hours and during extracurricular activities after school hours.

    D.    DONALD DOG had no right to control the activity of his son, DAVID DOG, during school hours and extracurricular activities and any conduct of his could not be a proximate cause of any intentional or willful or wanton conduct of DAVID DOG that injured JOHN DOE.

4. The deliberate indifference of the Brimfield School District #309 alleged in Count I & II which was an intervening cause to any liability of DONALD DOG for the conduct of DAVID DOG under the Illinois Parental Responsibility Law. 740 ILCS 115/3 (2006).

**WHEREFORE,** Defendant, DONALD DOG, Parent of DAVID DOG, a Minor, denies that Plaintiff, JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, is entitled to judgment against him in the amount claimed or in any amount whatsoever and prays for a judgment in his favor and award of costs.

**DEFENDANT DEMANDS A TRIAL BY JURY**

    Respectfully submitted,

    DAVID DOG, a Minor, by and through his Parent, DONALD DOG, Defendant

BY:   /s/ Gerald W. Brady, Jr.
       GERALD W. BRADY, JR., His Attorney

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on April 25, 2008, as follows:

Ms. Katrina M. Taraska
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, Illinois  61602
Email: ktaraska@vltslaw.com

Mr. M. Michael Waters
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, Illinois  61602
Email: mwaters@vltslaw.com

Attorneys for Plaintiff, Jane Doe, Individually and as
Mother and Next Friend of John Doe, a Minor


Richard L. Steagall
Nicoara & Steagall
416 Main Street, Ste 815
Peoria, IL 61602
Email: nicsteag@mtco.com

Attorney for Defendant, Abby Able,
Parent of Allen Able, a Minor


Mr. John P. Fleming
Fleming & Umland
411 Hamilton Blvd, Ste 1518
Peoria, IL 61602
Email: jpf59@mtco.com

Attorney for Defendants, Barry Baker and Betty Baker,
Parents of Brian Baker, a Minor

Ms. Julie Galassi
Hasselberg, Rock, Bell & Kuppler
4600 N Brandywine Drive, Ste 200
Peoria, IL 61614
Email: jgalassi@hrbklaw.com

Attorney for Defendants, Chester Charlie and Connie Charlie,
Parents of Conner Charlie, a Minor


Mr. David A. Perkins
Heyl, Royster, Voelker & Allen
124 SW Adams Street, Ste 600
Peoria, IL 61602
Email: dperkins@hrva.com

Attorney for Defendants, Edward Easy and Ellen Easy,
Parents of Elward Easy, a Minor


David B. Mueller
Cassidy & Mueller
416 Main Street, Ste 323
Peoria, IL 61602
Email: dmueller@cassidymueller.com

John E. Cassidy, III
Cassidy & Mueller
416 Main Street, Ste 323
Peoria, Il 61602
Email: jcassidy@cassidymueller.com

Attorneys for Defendant, Francine Fox,
Parent of Frank Fox, a Minor


                                                        /s/ Gerald W. Brady, Jr.
                                                        GERALD W. BRADY, JR.


GERALD W. BRADY, JR.
ATTORNEY AT LAW
1133 N. North Street
Peoria, Illinois 61606
Telephone: (309) 674-0821
Email: geraldbradyjr@yahoo.com