**E-FILED**
Friday, 25 April, 2008  03:31:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 CV 1205 |
| Defendants. | ) | |

**UNCONTESTED MOTION FOR
EXTENSION OF TIME IN WHICH TO ANSWER**

Now comes the Defendant, BRIMFIELD SCHOOL DISTRICT #309, by and through its attorneys, CASSIDY & MUELLER, and moves the court for an order granting it an extension of time in which to answer the Complaint in this cause to and including May 12, 2008. In support of this motion, DISTRICT #309 states that legal counsel for the district require additional time to review the admissions and denials which are contained in their draft answer with employees and representatives of the district before filing the Answer. Plaintiff has no objection to this extension.

WHEREFORE, the Defendant, BRIMFIELD SCHOOL DISTRICT #309, prays that it have until and including May 12, 2008, in which to file its Answer.

CASSIDY & MUELLER,


By:＿＿＿s/ David B. Mueller＿＿＿＿＿
David B. Mueller
CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, Illinois  61602
Telephone:  309/676-0591
Facsimile:  309/676-8036
E-Mail:  dmueller@cassidymueller.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Katrina M. Taraska
Mr. M. Michael Waters
Vonachen, Lawless, Trager & Slevin
456 Fulton, Suite 425
Peoria, IL  61602

Mr. Gerald W. Brady, Jr.
Brady & Donahue
1133 N. North Street
Peoria, IL  61602

Mr. John P. Fleming
Fleming & Umland
411 Hamilton Blvd., Suite 1518
Peoria, IL  61602

Mr. David A. Perkins
Heyl, Royster, Voelker & Allen
124 SW Adams
Suite 600
Peoria, IL  61602

Mr. Richard L. Steagall
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL  61602

Ms. Julie Galassi
Hasselberg, Rock, Bell & Kuppler
4600 N. Brandywine Drive, Suite 200
Peoria, IL  61614


s/＿＿＿＿David B. Mueller＿＿＿＿＿
CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, IL  61602
Telephone: 309/676-0591
Facsimile: 309/676-8036
E-mail: dmueller@cassidymueller.com