UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 07-CV-1205 ) ) |
| BRIMFIELD GRADE SCHOOL, BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor, BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor, CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, Minor, DONALD DOG, Parent of DAVID DOG, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, Minor, FRANCINE FOX, Parent of FRANK FOX, Minor Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

### ANSWER TO PLAINTIFF'S COMPLAINT

NOW COME the defendants, EDWARD EASY and ELLEN EASY, Individually and as the Parents of ELWARD EASY, by their attorney, David A. Perkins, of HEYL, ROYSTER, VOELKER & ALLEN, and for their Answer to Plaintiff's Complaint, state as follows:

### JURISDICTION AND VENUE

1.   Defendants admit the existence of the statutes cited but deny that a cognizable claim exists.

2.   Defendants admit the existence of the statutes cited but deny that a cognizable claim exists.

### THE PARTIES

3.   Defendants admit the allegations contained in Paragraph 3.

4.   Defendants admit the allegations contained in Paragraph 4.

5.   Defendants admit the allegations contained in Paragraph 5.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

6. Defendants admit the allegations contained in Paragraph 6.

7. Defendants admit the allegations contained in Paragraph 7.

8. Defendants admit the allegations contained in Paragraph 8.

9. Defendants admit the allegations contained in Paragraph 9.

10. Defendants admit the allegations contained in Paragraph 10.

11. Defendants admit the allegations contained in Paragraph 11.

12. Defendants admit the allegations contained in Paragraph 12.

13. Defendants admit the allegations contained in Paragraph 13.

14. Defendants admit the allegations contained in Paragraph 14.

15. Defendants admit the allegations contained in Paragraph 15.

16. Defendants admit the allegations contained in Paragraph 16.

## COUNTS I-III

Counts I-III are not directed against these defendants, therefore these defendants offer no answer thereto.

## COUNT IV
### (Battery Against Defendant Students)
### (Paragraphs 1-88 of Count I)

1. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 1, and therefore denies the same.

2. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 2, and therefore denies the same.

3. Defendant, Elward Easy (the student) admits the allegations contained in Paragraph 3.

4. Defendant, Elward Easy (the student) admits the allegations contained in Paragraph 4.

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

5. Defendant, Elward Easy (the student) denies the allegations contained in Paragraph 5.

6. Defendant, Elward Easy (the student) denies the allegations contained in Paragraph 6.

7. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 7, and therefore denies the same.

8. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 8, and therefore denies the same.

9. Defendant, Elward Easy (the student) denies the allegations contained in Paragraph 9.

10. Defendant, Elward Easy (the student) denies the allegations contained in Paragraph 10.

11. Defendant, Elward Easy (the student) denies the allegations contained in Paragraph 11.

12. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 12, and therefore denies the same.

13. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 13, and therefore denies the same.

14. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 14, and therefore denies the same.

15. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 15, and therefore denies the same.

16. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 16, and therefore denies the same.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

17. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 17, and therefore denies the same.

18. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 18, and therefore denies the same.

19. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 19, and therefore denies the same.

20. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 20, and therefore denies the same.

21. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 21, and therefore denies the same.

22. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 22, and therefore denies the same.

23. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 23, and therefore denies the same.

24. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 24, and therefore denies the same.

25. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 25, and therefore denies the same.

26. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 26, and therefore denies the same.

27. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 27, and therefore denies the same.

28. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 28, and therefore denies the same.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

29. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 29, and therefore denies the same.

30. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 30, and therefore denies the same.

31. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 31, and therefore denies the same.

32. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 32, and therefore denies the same.

33. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 33, and therefore denies the same.

34. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 34, and therefore denies the same.

35. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 35, and therefore denies the same.

36. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 36, and therefore denies the same.

37. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 37, and therefore denies the same.

38. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 38, and therefore denies the same.

39. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 39, and therefore denies the same.

40. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 40, and therefore denies the same.

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

41. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 41, and therefore denies the same.

42. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 42, and therefore denies the same.

43. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 43, and therefore denies the same.

44. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 44, and therefore denies the same.

45. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 45, and therefore denies the same.

46. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 46, and therefore denies the same.

47. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 47, and therefore denies the same.

48. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 48, and therefore denies the same.

49. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 49, and therefore denies the same.

50. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 50, and therefore denies the same.

51. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 51, and therefore denies the same.

52. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 52, and therefore denies the same.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

53. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 53, and therefore denies the same.

54. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 54, and therefore denies the same.

55. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 55, and therefore denies the same.

56. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 56, and therefore denies the same.

57. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 57, and therefore denies the same.

58. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 58, and therefore denies the same.

59. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 59, and therefore denies the same.

60. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 60, and therefore denies the same.

61. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 61, and therefore denies the same.

62. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 62, and therefore denies the same.

63. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 63, and therefore denies the same.

64. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 64, and therefore denies the same.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

65. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 65, and therefore denies the same.

66. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 66, and therefore denies the same.

67. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 67, and therefore denies the same.

68. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 68, and therefore denies the same.

69. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 69, and therefore denies the same.

70. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 70, and therefore denies the same.

71. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 71, and therefore denies the same.

72. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 72, and therefore denies the same.

73. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 73, and therefore denies the same.

74. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 74, and therefore denies the same.

75. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 75, and therefore denies the same.

76. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 76, and therefore denies the same.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

77. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 77, and therefore denies the same.

78. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 78, and therefore denies the same.

79. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 79, and therefore denies the same.

80. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 80, and therefore denies the same.

81. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 81, and therefore denies the same.

82. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 82, and therefore denies the same.

83. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 83, and therefore denies the same.

84. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 84, and therefore denies the same.

85. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 85, and therefore denies the same.

86. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 86, and therefore denies the same.

87. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 87, and therefore denies the same.

88. Defendant, Elward Easy (the student), has insufficient information to form a belief as to the truth and allegation contained in Paragraph 88, and therefore denies the same.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

278-366  Defendant, Elward Easy (the student), repeats and realleges Paragraphs 1-88 above as and for his answer to Paragraphs 278-366 of Count IV.

367.  Defendant, Elward Easy (the student), denies any physical contact as described in plaintiff's Complaint and therefore denies the allegations contained in Paragraph 367.

368.  Defendant, Elward Easy (the student), denies the allegations contained in Paragraph 368.

369.  Defendant, Elward Easy (the student), denies the allegations contained in Paragraph 369.

WHEREFORE, the defendant, ELWARD EASY, prays that judgment be entered in his favor and against the plaintiff.

**DEFENDANT DEMANDS TRIAL BY JURY**

## COUNT V
**(Joint Enterprise Against Defendant Students)**

370-458  Defendant, Elward Easy (the student), repeats and realleges Paragraphs 1-88 of Count I as and for his answer to Paragraphs 370-458 of Count V.

459.  Defendant, Elward Easy (the student), denies the allegations contained in Paragraph 459.

460.  Defendant, Elward Easy (the student), denies the allegations contained in Paragraph 460.

461.  Defendant, Elward Easy (the student), denies the allegations contained in Paragraph 461.

462.  Defendant, Elward Easy (the student), denies the allegations contained in Paragraph 462.

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

463. Defendant, Elward Easy (the student), denies the allegations contained in Paragraph 463.

464. Defendant, Elward Easy (the student), denies the allegations contained in Paragraph 464.

465. Defendant, Elward Easy (the student), denies the allegations contained in Paragraph 465.

466. Defendant, Elward Easy (the student), denies the allegations contained in Paragraph 466.

WHEREFORE, the defendant, ELWARD EASY, prays that judgment be entered in his favor and against the plaintiff.

**DEFENDANT DEMANDS TRIAL BY JURY**

**COUNT VI**
**(Parental Responsibility Law)**

467-555  Defendants, Edward Easy and Ellen Easy, Parents of Elward Easy, repeat and reallege their answer to Paragraphs 1-88 of Count I as and for their answer to Paragraphs 467-555 of Count VI.

556. Defendants, Edward Easy and Ellen Easy, Parents of Elward Easy, repeat and reallege their answer to Paragraphs 368-374 of Count V as and for their answer to Paragraphs 556-563 of Count VI.

564. Defendants, Edward Easy and Ellen Easy, Parents of Elward Easy, admit that said student defendants were unemancipated, but otherwise deny the remaining allegations contained in Paragraph 564.

565. Defendants, Edward Easy and Ellen Easy, Parents of Elward Easy, admit the allegations contained in Paragraph 565.

566. Defendants, Edward Easy and Ellen Easy, Parents of Elward Easy, admit the

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

allegations contained in Paragraph 566.

567. Defendants, Edward Easy and Ellen Easy, Parents of Elward Easy, admit the allegations contained in Paragraph 567.

568. Defendants, Edward Easy and Ellen Easy, Parents of Elward Easy, admit the allegations contained in Paragraph 568.

569. Defendants, Edward Easy and Ellen Easy, Parents of Elward Easy, admit the allegations contained in Paragraph 569.

570. Defendants, Edward Easy and Ellen Easy, Parents of Elward Easy, admit the allegations contained in Paragraph 570.

571. Defendants, Edward Easy and Ellen Easy, Parents of Elward Easy, admit the allegations contained in Paragraph 571.

572. Defendants, Edward Easy and Ellen Easy, Parents of Elward Easy, deny the allegations contained in Paragraph 572.

573. Defendants, Edward Easy and Ellen Easy, Parents of Elward Easy, admit the existence of the statute cited but deny that a cognizable claim exists.

WHEREFORE, the defendants, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, pray that judgment be entered in their favor and against the plaintiff.

**DEFENDANTS DEMANDS TRIAL BY JURY**

By: ⎯⎯/s/ David A. Perkins⎯⎯
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins -  #6195542
William J. Charnock

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12th, 2008, I electronically filed the foregoing Answer to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. John P. Fleming
Fleming & Umland
411 Hamilton Blvd.
Suite 1518
Peoria, IL 61602

Mr. Gerald W. Brady, Jr.
1133 N. North Street
Peoria, IL 61606

Ms. Julie L. Galassi
Hasselberg, Rock, Bell & Kuppler
Associated Bank Building, Suite 200
4600 North Brandywine Drive
Peoria, IL 61614-5591

Mr. Richard Steagall
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

John E. Cassidy, III
David B. Mueller
Cassidy & Mueller
323 Commerce Bank Building
416 Main Street
Peoria, IL  61602

Mr. Michael Waters
Vonachen, Lawless, Trager & Slevin
Suite 425
Twin Towers Plaza
456 Fulton Street
Peoria, IL  61602-1240

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

/s/ David A. Perkins
David A. Perkins #6195542
William J. Charnock

Attorneys for Defendants, EDWARD EASY and
ELLEN EASY, Parents of ELWARD EASY
HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)

dperkins@hrva.com
wcharnock@hrva.com

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400