**E-FILED**
Thursday, 15 May, 2008  03:07:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 CV 1205 |
| Defendants. | ) | |

## MOTION TO DISMISS BRIMFIELD GRADE SCHOOL
## AND TO CORRECT NAME OF GOVERNMENTAL DEFENDANT

Now comes the Defendant, BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT

#309, by its attorneys, CASSIDY & MUELLER, and moves this court for orders (1) dismissing

BRIMFIELD GRADE SCHOOL as a party defendant in this cause and (2) correcting the name

of the district to BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309. In support of

this motion, BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309 states:

1.      Attached to this motion and made a part hereof is the affidavit of Dennis

McNamara, the Superintendent of BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT

#309.

2.      As appears from his affidavit, the proper defendant in this case is BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309. There is no separate legal entity known as BRIMFIELD GRADE SCHOOL.

3.      As appears from the affidavit the correct name of the defendant is BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309.

WHEREFORE, Defendant, BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309, prays that BRIMFIELD GRADE SCHOOL be dismissed as a defendant in this case and that all further captions identify the district as BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309.

CASSIDY & MUELLER,

By:   s/ David B. Mueller
        David B. Mueller
        CASSIDY & MUELLER
        416 Main Street, Suite 323
        Peoria, Illinois  61602
        Telephone:  309/676-0591
        Facsimile:  309/676-8036
        E-Mail:  dmueller@cassidymueller.com

ATTORNEYS FOR DEFENDANT,
BRIMFIELD COMMUNITY UNIT
SCHOOL DISTRICT #309

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Katrina M. Taraska
Mr. M. Michael Waters
Vonachen, Lawless, Trager & Slevin
456 Fulton, Suite 425
Peoria, IL  61602
ktaraska@vltslaw.com
mwaters@vltslaw.com

Mr. Gerald W. Brady, Jr.
Brady & Donahue
1133 N. North Street
Peoria, IL  61602
geraldbradyjr@yahoo.com

Mr. John P. Fleming
Fleming & Umland
411 Hamilton Blvd., Suite 1518
Peoria, IL  61602
jpf59@mtco.com

Mr. David A. Perkins
Heyl, Royster, Voelker & Allen
124 SW Adams
Suite 600
Peoria, IL  61602
dperkins@hrva.com

Mr. Richard L. Steagall
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL  61602
nicsteag@mtco.com

Ms. Julie Galassi
Hasselberg, Rock, Bell & Kuppler
4600 N. Brandywine Drive, Suite 200
Peoria, IL  61614
jgalassi@hrbklaw.com

s/_____David B. Mueller_____
      CASSIDY & MUELLER
      416 Main Street, Suite 323
      Peoria, IL  61602
      Telephone: 309/676-0591
      Facsimile: 309/676-8036
      E-mail: dmueller@cassidymueller.com

**E-FILED**
Thursday, 15 May, 2008  03:08:20 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS            )
                             ) ss.
COUNTY OF PEORIA             )

<h2 style="text-align:center;"><u>AFFIDAVIT</u></h2>

Dennis McNamara being first duly sworn on oath deposes and states:

1.      He is the Superintendent of BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT NO. 309.

2.      The matters hereinafter related are stated of his own personal knowledge and if called upon he could testify competently with respect thereto.

3.      The proper legal name for the school district is BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT NO. 309.

4.      One of the schools within BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT NO. 309 is the Brimfield Grade School. The Brimfield Grade School is not a separte legal entity.

FURTHER THE AFFIANT SAYETH NOT.


/s/ Dennis McNamara
DENNIS McNAMARA


SUBSCRIBED and SWORN to before me this 13th day of May, 2008.


/s/Bren C. Dwyer
                            Notary Public