**E-FILED**
Friday, 30 May, 2008  10:31:34 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, <br><br> Plaintiff, <br><br> vs. <br><br> BRIMFIELD GRADE SCHOOL, BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor, BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor, CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, Minor, DONALD DOG, Parent of DAVID DOG, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, Minor, FRANCINE FOX, Parent of FRANK FOX, Minor <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  CASE NO. 07-CV-1205 |

## CERTIFICATION OF COUNSEL

NOW COME the Defendants, ABBY ABLE, parent of ALLEN ABLE,  a minor, by their attorney, Richard L.  Steagall of the law office of Nicoara and Steagall; Defendants, BETTY BAKER and BARRY BAKER,  parents of BRIAN BAKER, a minor, by their attorney,  John P.  Fleming of the law office of Fleming and Umland; Defendant, CONNIE CHARLIE and CHESTER CHARLIE, parents of CONNER CHARLIE, a minor, by their attorney, Julie L. Galassi of the law office of Hasselberg, Rock, Bell & Kuppler; Defendant, DONALD DOG, parent of DAVID DOG, a minor, by their attorney, Gerald W.  Brady, Jr.; and Defendants, EDWARD and ELLEN EASY, parents of ELWARD EASY,  a minor, by David A. Perkins, of the law office of Heyl, Royster, Voelker & Allen; and hereby state that copies of the following:

**Interrogatories From the Individual Defendants to Jane Doe**
**Interrogatories From the Individual Defendants to John Doe**
**Request to Produce From the Individual Defendants to Jane Doe**
**Request to Produce From the Individual Defendants to John Doe**

were served upon the attorneys of record of all parties to the above causes by enclosing the same in

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

an envelope addressed to such attorneys at their business address as disclosed by the pleadings of

record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box

in Peoria, Illinois, on the 30th day of May, 2008.

By: _____/s/ David A. Perkins_____

HEYL, ROYSTER, VOELKER & ALLEN

David A. Perkins - #6195542

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I electronically filed the foregoing Certification of

Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the following:

Mr. John P. Fleming
Fleming & Umland
411 Hamilton Blvd.
Suite 1518
Peoria, IL 61602

Mr. Gerald W. Brady, Jr.
1133 N. North Street
Peoria, IL 61606

Ms. Julie L. Galassi
Hasselberg, Rock, Bell & Kuppler
Associated Bank Building, Suite 200
4600 North Brandywine Drive
Peoria, IL 61614-5591

Mr. Richard Steagall
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

John E. Cassidy, III
David B. Mueller
Cassidy & Mueller
323 Commerce Bank Building
416 Main Street
Peoria, IL 61602

**HEYLROYSTER**
**VOELKER**
**&ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

Mr. Michael Waters
Vonachen, Lawless, Trager & Slevin
Suite 425
Twin Towers Plaza
456 Fulton Street
Peoria, IL  61602-1240

/s/ David A. Perkins

David A. Perkins #6195542

Attorneys for Defendants, EDWARD EASY and
ELLEN EASY, Parents of ELWARD EASY
HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)

dperkins@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400