# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother )<br>and Next Friend of JOHN DOE, a Minor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIMFIELD GRADE SCHOOL, et al., )<br>)<br>Defendants. ) | Case No. 07-cv-1205 |

## **O R D E R**

Before the Court is the Motion to Dismiss filed by Defendant Brimfield Community Unit School District #309 on May 15, 2008 [Doc. 62]. Defendant seeks an Order that would dismiss Defendant Brimfield Grade School (because it is not a legal entity) and correct the naming of Defendant Brimfield Community Unit School District #309 (named Brimfield School District #309 in the Complaint). In support of this Motion to Dismiss, Defendant has attached the affidavit of Dennis McNamara, Superintendent of Brimfield Community Unit School District #309. Superintendent McNamara outlines the proper naming of the school district and notes that the elementary school is not a separate entity.

Plaintiffs have not responded to the Motion to Dismiss and the time for response has elapsed. The Court therefore presumes that there is no opposition to the Motion. See Local Rule 7.1(B)(2). Therefore, the Motion is GRANTED. Defendant Brimfield Grade School is DISMISSED and the Clerk is DIRECTED to

correct the name of Defendant Brimfield School District #309 to "Brimfield Community Unit School District #309."


Entered this <u>3rd</u> day of June, 2008

<u>    s/ Joe B. McDade    </u>
JOE BILLY MCDADE
United States District Judge
