IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case Number: 07-CV-1205 ) |
| BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2008, I caused the foregoing PLAINTIFF'S INTERRGATORIES ON BEHALF OF JOHN DOE DIRECTED TO BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309, PLAINTIFF JOHN DOE'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309, PLAINTIFF'S INTERROGATORIES ON BEHALF OF JANE DOE DIRECTED TO BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309 and PLAINTIFF JANE DOE'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309, to be electronically filed with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the court's CM/ECF electronic filing system:

| | |
|---|---|
| Mr. John P. Fleming<br>FLEMING & UMLAND<br>411 Hamilton Blvd., Suite 1518<br>Peoria, IL  61602 | Mr. Gerald W. Brady, Jr.<br>ATTORNEY AT LAW<br>1133 N. North Street<br>Peoria, IL  61606 |
| Mr. David A. Perkins<br>HEYL, ROYSTER, VOELKER & ALLEN<br>124 S.W. Adams, Suite 600<br>Peoria, IL  61602 | John E. Cassidy III<br>CASIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL  61602 |

Mr. Richard L. Steagall  
NICOARA & STEAGALL  
416 Main Street, Suite 815  
Peoria, IL  61602

Mr. David B. Mueller  
CASSIDY & MUELLER  
416 Main Street, Suite 323  
Peoria, IL  61602

Ms. Julie L. Galassi  
HASSELBERG, ROCK, BELL & KUPPLER  
4600 Brandywine Drive  
Peoria, IL  61614

                JANE DOE, Individually and as Mother and  
                Next Friend of JOHN DOE, a Minor,

                  /s/  KATRINA M. TARASKA  
                      One of her attorneys

KATRINA M. TARASKA  
M. MICHAEL WATERS  
**VONACHEN, LAWLESS, TRAGER & SLEVIN**  
456 Fulton, Suite 425  
Peoria, IL 61602  
Telephone: 309/676-8986  
Facsimile: 309/676-4130