IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case Number: 07-CV-1205 ) |
| BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## *AMENDED* CERTIFICATION OF COUNSEL

NOW COMES the Plaintiff, JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, and hereby state that copies of the following:

**Plaintiff's Interrogatories on Behalf of John Doe Directed to Brimfield Community Unit School District #309**

**Plaintiff John Doe's Request for Production of Documents Directed to Brimfield Community Unit School District #309**

**Plaintiff's Interrogatories on Behalf of Jane Doe Directed to Brimfield Community Unit School District #309**

**Plaintiff Jane Doe's Request for Production of Documents Directed to Brimfield Community Unit School District #309**

were served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois on the 6th day of June, 2008.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008, I electronically filed the foregoing Certification of Counsel with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the court's CM/ECF electronic filing system:

| | |
|---|---|
| Mr. John P. Fleming<br>FLEMING & UMLAND<br>411 Hamilton Blvd., Suite 1518<br>Peoria, IL  61602 | Mr. Gerald W. Brady, Jr.<br>ATTORNEY AT LAW<br>1133 N. North Street<br>Peoria, IL  61606 |
| Mr. David A. Perkins<br>HEYL, ROYSTER, VOELKER & ALLEN<br>124 S.W. Adams, Suite 600<br>Peoria, IL  61602 | John E. Cassidy III<br>CASIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL  61602 |
| Mr. Richard L. Steagall<br>NICOARA & STEAGALL<br>416 Main Street, Suite 815<br>Peoria, IL  61602 | Mr. David B. Mueller<br>CASSIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL  61602 |
| Ms. Julie L. Galassi<br>HASSELBERG, ROCK, BELL & KUPPLER<br>4600 Brandywine Drive<br>Peoria, IL  61614 | |

JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor,

  /s/  KATRINA M. TARASKA
One of her attorneys

KATRINA M. TARASKA
M. MICHAEL WATERS
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton, Suite 425
Peoria, IL 61602
Telephone: 309/676-8986
Facsimile: 309/676-4130