E-FILED
Monday, 09 June, 2008  02:46:14 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>BRIMFIELD GRADE SCHOOL, BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor, BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor, CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, Minor, DONALD DOG, Parent of DAVID DOG, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, Minor, FRANCINE FOX, Parent of FRANK FOX, Minor,<br><br>Defendants. | Case No. 07-cv-1205 |

### CERTIFICATION  OF COUNSEL

Defendants, CONNIE  CHARLIE  and  CHESTER  CHARLIE,  parents of  CONNOR CHARLIE, a minor, hereby state that a copy of the Initial Disclosure Pursuant to Federal Rule of Civil Procedure 26(a)(1) was served upon the attorneys of record of all parties to the above cause by enclosing same in an envelope addressed to such attorneys at their business as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post office box in Peoria, Illinois, on the 9th day of June, 2008.

CONNER  CHARLIE,  CONNIE  CHARLIE  and CHESTER CHARLIE, Defendants

By:  _/s/ Julie L. Galassi_____
Julie L. Galassi, Esq., Bar No. 6198035
Attorney for Defendants, Conner Charlie, Connie Charlie and Chester Charlie
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:  (309) 688-9430
E-mail:  jgalassi@hrbklaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on the 9th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which filing includes electronic delivery to the following parties:

John P. Fleming, Esq.
Fleming & Umland
411 Hamilton Blvd., Suite 1518
Peoria, IL 61602

David A. Perkins, Esq.
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL 61602

Katrina M. Taraska, Esq.
M. Michael Waters, Esq.
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, IL 61602

Gerald W. Brady, Jr., Esq.
1133 N. North Street
Peoria, IL 61606

John E Cassidy, III, Esq.
David B. Mueller, Esq.
Cassidy & Mueller
416 Main Street, Suite 323
Peoria, IL 61602

Richard L. Steagall, Esq.
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

By:  /s/ Julie L. Galassi
Julie L. Galassi, Esq., Bar No. 6198035
Attorney for Defendants, Conner Charlie, Connie Charlie and Chester Charlie
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL 61614-5591
Telephone: (309) 688-9400
Facsimile: (309) 688-9430
E-mail: jgalassi@hrbklaw.com

2