**E-FILED**
Tuesday, 10 June, 2008  12:13:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 1205 |
| | ) | |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE AND
### DESIGNATION OF LEAD COUNSEL

NOW COMES the Defendant, FRANCINE FOX, Parent of FRANK FOX, a Minor, by and through her attorney, TROY I. ROBERTS of the Law Office of Troy I. Roberts, P.C., and hereby enters his appearance in the above action, and demand trial by jury of all issues. Attorney Troy I. Roberts is designated as lead counsel for Defendant, FRANCINE FOX, Parent of FRANK FOX, a Minor.

FRANCINE FOX, Parent of FRANK FOX,
a Minor, Defendant,


By  /s/ Troy I. Roberts_____
    TROY I. ROBERTS, her attorney


CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on June 10, 2008, as follows:

| | |
|---|---|
| Ms. Katrina M. Taraska<br>Mr. M. Michael Waters<br>Vonachen, Lawless, Trager & Slevin<br>456 Fulton, Suite 425<br>Peoria, Illinois  61602 | Mr. Gerald W. Brady, Jr.<br>Attorney at Law<br>1133 N. North Street<br>Peoria, Illinois  61606 |
| Mr. David A. Perkins<br>Heyl, Royster, Voelker & Allen<br>124 S.W. Adams, Suite 600<br>Peoria, Illinois  61602 | Ms. Julie L. Galassi<br>Hasselberg, Rock, Bell & Kuppler<br>4600 Brandywine Drive<br>Peoria, Illinois  61614 |
| Mr. Richard L. Steagall<br>Nicoara & Steagall<br>416 Main Street, Suite 815<br>Peoria, Illinois  61602 | Mr. John E. Cassidy, III<br>Cassidy & Mueller<br>416 Main Street, Suite 323<br>Peoria, Illinois  61602 |


      /s/ Troy I. Roberts_____
      TROY I. ROBERTS


TROY I. ROBERTS, ESQ.
Law Office of Troy I. Roberts, P.C.
245 N.E. Perry Ave.
Peoria, Illinois, 61603
Telephone:    (309) 655-3003
Facsimile:    (309) 672-2201