IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually as Mother and Next Friend of JOHN DOE, a Minor,<br><br>    Plaintiff,<br><br> v.<br><br>BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor,<br><br>    Defendants. | Case No. 07 CV 1205 |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for FRANCINE FOX, Parent of FRANK FOX, a Minor, Defendant, files this Certificate of Interest in accordance with local rule 11.3.

1. The full name of every party represented by Attorney, TROY I. ROBERTS, in this case is: FRANCINE FOX, Parent of FRANK FOX, a Minor.

2. FRANCINE FOX is not a corporation.

3. Attorney, TROY I. ROBERTS, is the only counsel expected to represent FRANCINE FOX, Parent of FRANK FOX, a Minor, in this matter.

           FRANCINE FOX, Parent of FRANK FOX,
           a Minor, Defendant,


           By  /s/ Troy I. Roberts
            TROY I. ROBERTS, her attorney


## CERTIFICATE OF SERVICE

 The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on June 10, 2008, as follows:

| | |
|---|---|
| Ms. Katrina M. Taraska<br>Mr. M. Michael Waters<br>Vonachen, Lawless, Trager & Slevin<br>456 Fulton, Suite 425<br>Peoria, Illinois  61602 | Mr. Gerald W. Brady, Jr.<br>Attorney at Law<br>1133 N. North Street<br>Peoria, Illinois  61606 |
| Mr. David A. Perkins<br>Heyl, Royster, Voelker & Allen<br>124 S.W. Adams, Suite 600<br>Peoria, Illinois  61602 | Ms. Julie L. Galassi<br>Hasselberg, Rock, Bell & Kuppler<br>4600 Brandywine Drive<br>Peoria, Illinois  61614 |
| Mr. Richard L. Steagall<br>Nicoara & Steagall<br>416 Main Street, Suite 815<br>Peoria, Illinois  61602 | Mr. John E. Cassidy, III<br>Cassidy & Mueller<br>416 Main Street, Suite 323<br>Peoria, Illinois  61602 |
| Mr. John P. Fleming<br>Fleming & Umland<br>411 Hamilton Blvd., Suite 1518<br>Peoria, Illinois  61602 | |

            /s/ Troy I. Roberts
             TROY I. ROBERTS

TROY I. ROBERTS, ESQ.
Law Office of Troy I. Roberts, P.C.
245 N.E. Perry Ave.
Peoria, Illinois, 61603
Telephone: (309) 655-3003
Facsimile:  (309) 672-2201