IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case Number: 07-CV-1205 ) |
| BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATION OF COUNSEL

NOW COMES the Plaintiff, JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, and hereby state that copies of the following:

**Plaintiff's Interrogatories Directed to Defendant Abby Able, and Minor Defendant Allen Able**

**Plaintiff's Request for Production of Documents Directed to Defendant Abby Able, and Minor Defendant, Allen Able**

**Plaintiff's Interrogatories Directed to Defendants Betty Baker and Barry Baker, and Minor Defendant Brian Baker**

**Plaintiff's Request for Production of Documents Directed to Defendants Betty Baker and Barry Baker, and Minor Defendant, Brian Baker**

**Plaintiff's Interrogatories Directed to Defendants Connie Charlie and Chester Charlie, and Minor Defendant Connor Charlie**

**Plaintiff's Request for Production of Documents Directed to Defendants Connie Charlie and Chester Charlie, and Minor Defendant, Connor Charlie**

        **Plaintiff's Interrogatories Directed to Defendant Donald Dog, and Minor Defendant David Dog**

        **Plaintiff's Request for Production of Documents Directed to Defendant Donald Dog, and Minor Defendant, David Dog**

        **Plaintiff's Interrogatories Directed to Defendants Edward Easy and Ellen Easy, and Minor Defendant Elward Easy**

        **Plaintiff's Request for Production of Documents Directed to Defendants Edward Easy and Ellen Easy, and Minor Defendant, Elward Easy**

        **Plaintiff's Interrogatories Directed to Defendant Francine Fox, and Minor Defendant Frank Fox**

        **Plaintiff's Request for Production of Documents Directed to Defendant Francine Fax, and Minor Defendant, Frank Fox**

were served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois on the 11th day of June, 2008.

                                          JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor,

                                          /s/  KATRINA M. TARASKA
                                              One of her attorneys

### CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, I electronically filed the foregoing Certification of Counsel with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the court's CM/ECF electronic filing system:

| | |
|---|---|
| Mr. John P. Fleming | Mr. Gerald W. Brady, Jr. |
| FLEMING & UMLAND | ATTORNEY AT LAW |
| 411 Hamilton Blvd., Suite 1518 | 1133 N. North Street |
| Peoria, IL  61602 | Peoria, IL  61606 |

| | |
|---|---|
| Mr. David A. Perkins<br>HEYL, ROYSTER, VOELKER & ALLEN<br>124 S.W. Adams, Suite 600<br>Peoria, IL   61602 | John E. Cassidy III<br>CASIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL   61602 |
| Mr. Richard L. Steagall<br>NICOARA & STEAGALL<br>416 Main Street, Suite 815<br>Peoria, IL   61602 | Mr. David B. Mueller<br>CASSIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL   61602 |
| Ms. Julie L. Galassi<br>HASSELBERG, ROCK, BELL & KUPPLER<br>4600 Brandywine Drive<br>Peoria, IL   61614 | Troy I. Roberts<br>ATTORNEY AT LAW<br>245 NE Perry<br>Peoria, IL   61603 |

JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor,

  /s/  KATRINA M. TARASKA
        One of her attorneys

KATRINA M. TARASKA
M. MICHAEL WATERS
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton, Suite 425
Peoria, IL 61602
Telephone: 309/676-8986
Facsimile: 309/676-4130