IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 CV 1205 |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the INITIAL DISCLOSURE OF DEFENDANT, BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309, was served upon the attorneys of record of all parties to the above cause by enclosing same in an envelope addressed to such attorneys at their business as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on June 13, 2008.

CASSIDY & MUELLER

By:/s/ David B. Mueller
    Attorneys for Defendant,
    BRIMFIELD COMMUNITY UNIT
    SCHOOL DISTRICT #309

CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, Illinois  61602
Telephone:  (309) 676-0591
Facsimile:  (309) 676-8036
E-Mail:  dmueller@cassidymueller.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Katrina M. Yaraska<br>Mr. M. Michael Waters<br>Vonachen, Lawless, Trager & Slevin<br>456 Fulton, Suite 425<br>Peoria, IL  61602 | Mr. Gerald W. Brady, Jr.<br>Brady & Donahue<br>1133 N. North Street<br>Peoria, IL  61602 |
| Mr. John P. Fleming<br>Fleming & Umland<br>411 Hamilton Blvd., Suite 1518<br>Peoria, IL  61602 | Mr. David A. Perkins<br>Heyl, Royster, Voelker & Allen<br>124 SW Adams, Suite 600<br>Peoria, IL  61602 |
| Mr. Richard L. Steagall<br>Nicoara & Steagall<br>416 Main Street, Suite 815<br>Peoria, IL  61602 | Ms. Julie L. Galassi<br>Hasselberg, Rock, Bell & Kuppler<br>4600 N. Brandywine Drive, Suite 200<br>Peoria, IL  61614 |
| Mr. Troy I. Roberts<br>Law Office of Troy I. Roberts, P.C.<br>245 N.E. Perry Avenue<br>Peoria, IL  61603 | |

/s/ David B. Mueller
    CASSIDY & MUELLER
    416 Main Street, Suite 323
    Peoria, Illinois  61602
    Telephone: 309/676-0591
    Facsimile: 309/676-8036
    E-mail: dmueller@cassidymueller.com