IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case Number: 07-CV-1205 ) |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S RESPONSE TO MOTION FOR LEAVE TO FILE RESPONSIVE PLEADING FILED BY DEFENDANT FRANCINE FOX

NOW COMES the Plaintiff, JANE DOE, Individually, and as Mother and Next Friend of JOHN DOE, a Minor, by her counsel, Katrina M. Taraska and M. Michael Waters of the firm of VONACHEN, LAWLESS, TRAGER & SLEVIN, and responds to the Motion of FRANCINE FOX, Parent of FRANK FOX, a Minor, for Leave to File Responsive Pleading.

The Motion correctly recites the fact that Plaintiff's counsel has conferred with movant's counsel and does not object to the Motion.

                                                  JANE DOE, Individually and as Mother
                                                  and Next Friend of JOHN DOE, a Minor,

                                                  BY:   /s/  KATRINA M. TARASKA

One of her attorneys

KATRINA M. TARASKA
M. MICHAEL WATERS
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton, Suite 425
Peoria, IL 61602
Telephone: 309/676-8986
Facsimile: 309/676-4130

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of June, 2008, I caused the foregoing PLAINTIFF'S RESPONSE TO MOTION FOR LEAVE TO FILE RESPONSIVE PLEADING FILED BY DEFENDANT FRANCINE FOX, to be electronically filed with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the court's CM/ECF electronic filing system:

Mr. John P. Fleming
FLEMING & UMLAND
411 Hamilton Blvd., Suite 1518
Peoria, IL   61602

Mr. David A. Perkins
HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams, Suite 600
Peoria, IL   61602

Mr. Richard L. Steagall
NICOARA & STEAGALL
416 Main Street, Suite 815
Peoria, IL   61602

Ms. Julie L. Galassi
HASSELBERG, ROCK, BELL & KUPPLER
4600 Brandywine Drive
Peoria, IL   61614

Mr. Gerald W. Brady, Jr.
Attorney at Law
1133 N. North Street
Peoria, IL   61606

David B. Mueller
John E. Cassidy III
CASSIDY & MUELLER

416 Main Street, Suite 323
Peoria, IL   61602

Troy I. Roberts
Attorney at Law
245 NE Perry
Peoria, IL   61603

      /s/ KATRINA M. TARASKA
Katrina M. Taraska
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL  61602
Ph: (309) 676-8986
Fax:  (309) 676-4130