IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case Number: 07-CV-1205 ) |
| BRIMFIELD COMMUNITY UNIT SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATION OF COUNSEL

The undersigned certifies that a true copy of PLAINTIFF'S RULE 26 DISCLOSURE was served upon the attorneys of record of all parties via email on the 16th day of June, 2008.

JANE DOE, Individually and as Mother and
Next Friend of JOHN DOE, a Minor,

  /s/  KATRINA M. TARASKA
One of her attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I electronically filed the foregoing Certification of Counsel with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the court's CM/ECF electronic filing system.   Additionally, said document was delivered to the following parties on said date via email.

| | |
|---|---|
| Mr. John P. Fleming<br>FLEMING & UMLAND<br>411 Hamilton Blvd., Suite 1518<br>Peoria, IL  61602 | Mr. Gerald W. Brady, Jr.<br>ATTORNEY AT LAW<br>1133 N. North Street<br>Peoria, IL  61606 |
| Mr. David A. Perkins<br>HEYL, ROYSTER, VOELKER & ALLEN<br>124 S.W. Adams, Suite 600<br>Peoria, IL  61602 | John E. Cassidy III<br>CASIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL  61602 |
| Mr. Richard L. Steagall<br>NICOARA & STEAGALL<br>416 Main Street, Suite 815<br>Peoria, IL  61602 | Mr. David B. Mueller<br>CASSIDY & MUELLER<br>416 Main Street, Suite 323<br>Peoria, IL  61602 |
| Ms. Julie L. Galassi<br>HASSELBERG, ROCK, BELL & KUPPLER<br>4600 Brandywine Drive<br>Peoria, IL  61614 | Troy I. Roberts<br>ATTORNEY AT LAW<br>245 NE Perry<br>Peoria, IL  61603 |

JANE DOE, Individually and as Mother and
Next Friend of JOHN DOE, a Minor,


  /s/  KATRINA M. TARASKA
         One of her attorneys


KATRINA M. TARASKA
M. MICHAEL WATERS
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton, Suite 425
Peoria, IL 61602
Telephone: 309/676-8986
Facsimile: 309/676-4130

2