IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 07 - 1205 ) |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) of the DEFENDANT, DONALD DOG, Parent of DAVID DOG, a Minor, was served upon the attorneys of record of all parties to the above cause by enclosing same in an envelope addressed to such attorneys at their business as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on June 16, 2008.

                            Respectfully submitted,

                            DONALD DOG, Parent of, DAVID DOG, a Minor, Defendant

              BY:   /s/ Gerald W. Brady, Jr.
                            GERALD W. BRADY, JR., His Attorney

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on June 16, 2008, as follows:

Ms. Katrina M. Taraska
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, Illinois  61602
Email: ktaraska@vltslaw.com

Mr. M. Michael Waters
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, Illinois  61602
Email: mwaters@vltslaw.com

Attorneys for Plaintiff, Jane Doe, Individually and as
Mother and Next Friend of John Doe, a Minor


Richard L. Steagall
Nicoara & Steagall
416 Main Street, Ste 815
Peoria, IL 61602
Email: nicsteag@mtco.com

Attorney for Defendant, Abby Able,
Parent of Allen Able, a Minor


Mr. John P. Fleming
Fleming & Umland
411 Hamilton Blvd, Ste 1518
Peoria, IL 61602
Email: jpf59@mtco.com

Attorney for Defendants, Barry Baker and Betty Baker,
Parents of Brian Baker, a Minor

Ms. Julie Galassi
Hasselberg, Rock, Bell & Kuppler
4600 N Brandywine Drive, Ste 200
Peoria, IL 61614
Email: jgalassi@hrbklaw.com

Attorney for Defendants, Chester Charlie and Connie Charlie,
Parents of Conner Charlie, a Minor


Mr. David A. Perkins
Heyl, Royster, Voelker & Allen
124 SW Adams Street, Ste 600
Peoria, IL 61602
Email: dperkins@hrva.com

Attorney for Defendants, Edward Easy and Ellen Easy,
Parents of Elward Easy, a Minor


David B. Mueller
Cassidy & Mueller
416 Main Street, Ste 323
Peoria, IL 61602
Email: dmueller@cassidymueller.com

John E. Cassidy, III
Cassidy & Mueller
416 Main Street, Ste 323
Peoria, Il 61602
Email: jcassidy@cassidymueller.com

Attorneys for Defendant, Francine Fox,
Parent of Frank Fox, a Minor



    /s/ Gerald W. Brady, Jr.
    GERALD W. BRADY, JR.


GERALD W. BRADY, JR.
ATTORNEY AT LAW
1133 N. North Street
Peoria, Illinois 61606
Telephone: (309) 674-0821
Email: geraldbradyjr@yahoo.com