IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JANE DOE, Individually as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07 CV 1205 |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:    See attached Certificate of Service.

The undersigned certifies that a true copy of the following discovery document(s) along with a copy of this Notice was sealed in an envelope addressed as set forth and deposited in a United States post office box, postage fully prepaid, or hand delivered, at Peoria, Illinois on the 17th day of June, 2008:

1. **Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26 (a) (1).**

                                              BETTY BAKER and BARRY BAKER,
Parents of BRIAN BAKER, a Minor,
Defendants,

BY:     /s/ John P. Fleming
       JOHN P. FLEMING, Their Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on June 17, 2008, as follows:

Ms. Katrina M. Taraska
Mr. M. Michael Waters
Vonachen, Lawless, Trager & Slevin
456 Fulton, Suite 425
Peoria, IL 61602

Mr. David A. Perkins
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL 61602

Mr. Richard L. Steagall
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

Mr. David B. Mueller
Cassidy & Mueller
416 Main Street, Suite 323
Peoria, IL 61602

Mr. Gerald W. Brady, Jr.
Attorney at Law
1133 N. North Street
Peoria, IL 61606

Ms. Julie L. Galassi
Hasselberg, Rock, Bell & Kuppler
4600 Brandywine Drive
Peoria, IL 61614

Mr. John E. Cassidy III
Cassidy & Mueller
416 Main Street, Suite 323
Peoria, IL 61602

                                          /s/ John P. Fleming
                                            John P. Fleming

Mr. John P. Fleming
FLEMING & UMLAND
411 Hamilton Blvd., Suite 1518
Peoria, Illinois 61602
Telephone: (309) 676-7657
JPF/las: 07-185

3