IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case Number: 07-CV-1205 ) |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**CERTIFICATE OF SERVICE
REGARDING PLAINTIFFS' PROPOSED ORDER
GOVERNING ELECTRONIC DISCOVERY**

     I hereby certify that on the 18th day of June, 2008, I caused the foregoing PLAINTIFF'S PROPOSED ORDER GOVERNING ELECTRONIC DISCOVERY, to be electronically filed with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the court's CM/ECF electronic filing system:

Mr. John P. Fleming
FLEMING & UMLAND
411 Hamilton Blvd., Suite 1518
Peoria, IL   61602

Mr. David A. Perkins
HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams, Suite 600
Peoria, IL   61602

Mr. Richard L. Steagall
NICOARA & STEAGALL
416 Main Street, Suite 815
Peoria, IL   61602

Ms. Julie L. Galassi
HASSELBERG, ROCK, BELL & KUPPLER
4600 Brandywine Drive
Peoria, IL   61614

Mr. Gerald W. Brady, Jr.
Attorney at Law
1133 N. North Street
Peoria, IL   61606

David B. Mueller
John E. Cassidy III
CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, IL   61602

Troy I. Roberts
Attorney at Law
245 NE Perry
Peoria, IL   61603

       /s/ M. MICHAEL WATERS
M. Michael Waters
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL  61602
Ph: (309) 676-8986

KATRINA M. TARASKA
M. MICHAEL WATERS
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton, Suite 425
Peoria, IL 61602
Telephone: 309/676-8986
Facsimile: 309/676-4130
Counsel for Plaintiffs

E-FILED
Wednesday, 18 June, 2008  05:18:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, <br><br> Plaintiff, <br><br> vs. <br><br> BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309; ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor; and FRANCINE FOX, Parent of FRANK FOX, a Minor, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case Number:  07-CV-1205 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S  PROPOSED ORDER GOVERNING ELECTRONIC DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16.2, Plaintiffs propose the following order regarding electronic discovery.

1. Electronically stored documents, if requested, will be produced in their native format or otherwise mutually agreed upon readable and searchable format.

2. The parties will submit by June 30, 2008 an Agreed Document Retention Questionnaire.

Date Entered:_____

_____
JUDGE