**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRIMFIELD GRADE SCHOOL, BRIMFIELD )<br>SCHOOL DISTRICT #309, ABBY ABLE, Parent )<br>of ALLEN ABLE, a Minor, BETTY BAKER and )<br>BARRY BAKER, Parents of BRIAN BAKER, a )<br>Minor, CONNIE CHARLIE and CHESTER )<br>CHARLIE, Parents of CONNOR CHARLIE, )<br>Minor, DONALD DOG, Parent of DAVID DOG, )<br>EDWARD EASY and ELLEN EASY, Parents )<br>of ELWARD EASY, Minor, FRANCINE FOX, )<br>Parent of FRANK FOX, Minor, )<br>)<br>Defendants. ) | Case No. 07-cv-1205 |

## ENTRY OF APPEARANCE

TROY L. PLATTNER of HASSELBERG, ROCK, BELL & KUPPLER, LLP enters his appearance as counsel on behalf of the Defendants, CONNER CHARLIE, CONNIE CHARLIE and CHESTER CHARLIE in the above-captioned matter.

CONNER CHARLIE, CONNIE CHARLIE, and CHESTER CHARLIE, Defendants

  /s/ Troy L. Plattner
Troy L. Plattner, Esq., Bar No. 6293562
Attorney for Defendants, Conner Charlie, Connie Charlie and Chester Charlie
Hasselberg, Rock, Bell & Kuppler, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:   (309) 688-9430
E-mail: tplattner@hrbklaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John P. Fleming, Esq.  
Fleming & Umland  
411 Hamilton Blvd., Suite 1518  
Peoria, IL  61602  

David A. Perkins, Esq.  
Heyl, Royster, Voelker & Allen  
124 S.W. Adams, Suite 600  
Peoria, IL 61602  

Katrina M. Taraska, Esq.  
M. Michael Waters, Esq.  
Vonachen, Lawless, Trager & Slevin  
456 Fulton Street, Suite 425  
Peoria, IL  61602  

Gerald W. Brady, Jr., Esq.  
1133 N. North Street  
Peoria, IL 61606  

John E Cassidy, III, Esq.  
David B. Mueller, Esq.  
Cassidy & Mueller  
416 Main Street, Suite 323  
Peoria, IL 61602  

Richard L. Steagall, Esq.  
Nicoara & Steagall  
416 Main Street, Suite 815  
Peoria, IL 61602  

Troy I. Roberts, Esq.  
Law Office of Troy I. Roberts, P.C.  
245 N.E. Perry Avenue  
Peoria, IL 61603  

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

      /s/  Troy L. Plattner  
Troy L. Plattner, Esq., Bar No. 6293562  
Attorney for Defendants, Conner Charlie, Connie Charlie and Chester Charlie  
Hasselberg, Rock, Bell & Kuppler, LLP  
Suite 200 Associated Bank Building  
4600 N. Brandywine Drive  
Peoria, IL  61614-5591  
Telephone:  (309) 688-9400  
Facsimile:   (309) 688-9430  
E-mail: tplattner@hrbklaw.com