IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   Case No. 07 CV 1205 ) |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) of the Defendant, FRANCINE FOX, Parent of FRANK FOX, a Minor, was served upon the attorneys of record of all parties to the above cause by enclosing same in an envelope addressed to such attorneys at their business as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelopes in a U.S. Post Office Box in Peoria, Illinois, on June 24, 2008.

FRANCINE FOX, Parent of FRANK FOX,
a Minor, Defendant,

By _/s/ Troy I. Roberts_____
TROY I. ROBERTS, her attorney

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on June 24, 2008, as follows:

| | |
|---|---|
| Ms. Katrina M. Taraska<br>Mr. M. Michael Waters<br>Vonachen, Lawless, Trager & Slevin<br>456 Fulton, Suite 425<br>Peoria, Illinois  61602 | Mr. Gerald W. Brady, Jr.<br>Attorney at Law<br>1133 N. North Street<br>Peoria, Illinois  61606 |
| Mr. David A. Perkins<br>Heyl, Royster, Voelker & Allen<br>124 S.W. Adams, Suite 600<br>Peoria, Illinois  61602 | Ms. Julie L. Galassi<br>Hasselberg, Rock, Bell & Kuppler<br>4600 Brandywine Drive<br>Peoria, Illinois  61614 |
| Mr. Richard L. Steagall<br>Nicoara & Steagall<br>416 Main Street, Suite 815<br>Peoria, Illinois  61602 | Mr. John E. Cassidy, III<br>Cassidy & Mueller<br>416 Main Street, Suite 323<br>Peoria, Illinois  61602 |
| Mr. John P. Fleming<br>Fleming & Umland<br>411 Hamilton Blvd., Suite 1518<br>Peoria, Illinois  61602 | Mr. David B. Mueller<br>Cassidy & Mueller<br>416 Main Street, Suite 323<br>Peoria, Illinois  61602 |
| Mr. Troy L. Plattner<br>Hasselberg, Rock, Bell & Kuppler<br>4600 N. Brandywine Drive, Suite 200<br>Peoria, Illinois  61614 | |

                                                      /s/ Troy I. Roberts
                                                      TROY I. ROBERTS

TROY I. ROBERTS, ESQ.
Law Office of Troy I. Roberts, P.C.
245 N.E. Perry Ave.
Peoria, Illinois, 61603
Telephone:    (309) 655-3003
Facsimile:     (309) 672-2201