IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BRIMFIELD GRADE SCHOOL and BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor; BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor; CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNER CHARLIE, a Minor; DONALD DOG, Parent of DAVID DOG, a Minor; EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, a Minor, and FRANCINE FOX, Parent of FRANK FOX, a Minor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     No. 07 CV 1205 |
| Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that a true copy of the below-listed discovery documents, together with a copy of this Notice, were sealed in a postage prepaid envelope addressed as set forth below and deposited in the U.S. Mail at Peoria, Illinois, on the 3rd day of July, 2008.

DOCUMENTS:

First Set of Interrogatories of Defendant, Brimfield Community Unit School District #309

First Request for Production of Documents of Defendant, Brimfield Community Unit School District #309

**ATTORNEYS OF RECORD**

| | |
|---|---|
| Ms. Katrina M. Taraska<br>Mr. M. Michael Waters<br>Vonachen, Lawless, Trager & Slevin<br>456 Fulton, Suite 425<br>Peoria, IL  61602<br>ktaraska@vltslaw.com<br>mwaters@vltslaw.com | Mr. Gerald W. Brady, Jr.<br>Brady & Donahue<br>1133 N. North Street<br>Peoria, IL  61602<br>geraldbradyjr@yahoo.com |
| Mr. John P. Fleming<br>Fleming & Umland<br>411 Hamilton Blvd., Suite 1518<br>Peoria, IL  61602<br>jpf59@mtco.com | Mr. David A. Perkins<br>Heyl, Royster, Voelker & Allen<br>124 SW Adams<br>Suite 600<br>Peoria, IL  61602<br>dperkins@hrva.com |
| Mr. Richard L. Steagall<br>Nicoara & Steagall<br>416 Main Street, Suite 815<br>Peoria, IL  61602<br>nicsteag@mtco.com | Ms. Julie Galassi<br>Mr. Troy L. Plattner<br>Hasselberg, Rock, Bell & Kuppler<br>4600 N. Brandywine Drive, Suite 200<br>Peoria, IL  61614<br>jgalassi@hrbklaw.com<br>tplattner@hrbvklaw.com |
| Mr. Troy I. Roberts<br>Law Office of Troy I. Roberts, P.C.<br>245 N.E. Perry Avenue<br>Peoria, IL  61603 | |

Respectfully submitted,

CASSIDY & MUELLER,

By: /s/David B. Mueller
David B. Mueller
CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, Illinois 61602
Telephone:  (309) 676-0591
Facsimile:  (309) 676-8036
E-Mail: *dmueller@cassidymueller.com*

ATTORNEYS FOR DEFENDANT,
BRIMFIELD COMMUNITY UNIT SCHOOL
DISTRICT #309