UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually as Mother and Next Friend of JOHN DOE, a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 07-CV-1205 ) ) |
| BRIMFIELD GRADE SCHOOL, BRIMFIELD SCHOOL DISTRICT #309, ABBY ABLE, Parent of ALLEN ABLE, a Minor, BETTY BAKER and BARRY BAKER, Parents of BRIAN BAKER, a Minor, CONNIE CHARLIE and CHESTER CHARLIE, Parents of CONNOR CHARLIE, Minor, DONALD DOG, Parent of DAVID DOG, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, Minor, FRANCINE FOX, Parent of FRANK FOX, Minor | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATION OF COUNSEL

NOW COME the Defendants, EDWARD EASY and ELLEN EASY, Parents of ELWARD EASY, by David A. Perkins and William J. Charnock, of the law office of Heyl, Royster, Voelker & Allen, and hereby state that a copy of the following:

**RULE 26 DISCLOSURE**

was served upon the attorneys of record of all parties to the above causes by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 8th day of August, 2008.

By: /s/ William J. Charnock
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins -  #6195542
William J. Charnock

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I electronically filed the foregoing Certification of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. John P. Fleming
Fleming & Umland
411 Hamilton Blvd.
Suite 1518
Peoria, IL 61602

Mr. Gerald W. Brady, Jr.
1133 N. North Street
Peoria, IL 61606

Ms. Julie L. Galassi
Hasselberg, Rock, Bell & Kuppler
Associated Bank Building, Suite 200
4600 North Brandywine Drive
Peoria, IL 61614-5591

Mr. Richard Steagall
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

John E. Cassidy, III
David B. Mueller
Cassidy & Mueller
323 Commerce Bank Building
416 Main Street
Peoria, IL 61602

Mr. Michael Waters
Vonachen, Lawless, Trager & Slevin
Suite 425
Twin Towers Plaza
456 Fulton Street
Peoria, IL 61602-1240

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

Mr. Troy Roberts, Esq.
Law Office of Troy I. Roberts, P.C.
245 N.E. Perry Ave
Peoria, IL 61603

/s/ William J. Charnock
David A. Perkins #6195542
William J. Charnock

Attorneys for Defendants, EDWARD EASY and
ELLEN EASY, Parents of ELWARD EASY
HEYL, ROYSTER, VOELKER & ALLEN
Suite 600, 124 S. W. Adams Street
Peoria, IL 61602
(309) 676-0400
(309) 676-3374 (fax)

dperkins@hrva.com
wcharnock@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400