IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE, Individually and as Mother and Next Friend of JOHN DOE, a Minor, )<br><br>Plaintiff, )<br><br>v. )<br><br>BRIMFIELD GRADE SCHOOL and )<br>BRIMFIELD SCHOOL DISTRICT #309, )<br>ABBY ABLE, Parent of ALLEN ABLE, a )<br>Minor; BETTY BAKER and BARRY )<br>BAKER, Parents of BRIAN BAKER, a )<br>Minor; CONNIE CHARLIE and CHESTER )<br>CHARLIE, Parents of CONNER )<br>CHARLIE, a Minor; DONALD DOG, )<br>Parent of DAVID DOG, a Minor; )<br>EDWARD EASY and ELLEN EASY, )<br>Parents of ELWARD EASY, a Minor, and )<br>FRANCINE FOX, Parent of FRANK FOX, )<br>a Minor, )<br><br>Defendants. ) | Case No. 07 CV 1205 |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:   See attached Certificate of Service.

The undersigned certifies that a true copy of the following discovery document(s) along with a copy of this Notice was sealed in an envelope addressed as set forth and deposited in a United States post office box, postage fully prepaid, or hand delivered, at Peoria, Illinois on the 26th day of August, 2008:

1. Defendants' Answer to Plaintiff's Interrogatories Directed to Defendants Betty Baker and Barry Baker, and Minor Defendant Brian Baker;
2. Defendants' Bakers' Response to Request for Production of Documents Directed to Defendants Betty Baker and Barry Baker and Minor Defendant Brian Baker.

          BETTY BAKER and BARRY
          BAKER, Parents of BRIAN BAKER,
          a Minor, Defendants,

          BY: /s/ John P. Fleming
          JOHN P. FLEMING, Their Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on February 15, 2008, as follows:

Ms. Katrina M. Taraska
Mr. M. Michael Waters
Vonachen, Lawless, Trager & Slevin
456 Fulton, Suite 425
Peoria, IL  61602

Mr. Gerald W. Brady, Jr.
Attorney at Law
1133 N. North Street
Peoria, IL  61606

Mr. David A. Perkins
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL  61602

Ms. Julie L. Galassi
Hasselberg, Rock, Bell & Kuppler
4600 Brandywine Drive
Peoria, IL  61614

Mr. Richard L. Steagall
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL  61602

Mr. Troy Roberts
Attorney at Law
245 N.E. Perry
Peoria, IL 61603

Mr. David B. Mueller
Mr. John E. Cassidy III
Cassidy & Mueller
416 Main Street, Suite 323
Peoria, IL  61602

       /s/ John P. Fleming
John P. Fleming


Mr. John P. Fleming
FLEMING & UMLAND
411 Hamilton Blvd., Suite 1518
Peoria, Illinois  61602
Telephone: (309) 676-7657
JPF/bla:07-185